# Exhibit 2

# Relevant portions of the deposition testimony of Jay Monahan, taken on December 8, 2020

```
1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF FLORIDA

3                CASE NO. 0:19-cv-63108-RAR

4

5    HANK HANEY and

6    HANK HANEY MEDIA, LLC,

7          Plaintiffs,

8

9    vs.

10   PGA TOUR, INC.,

11          Defendant.

12   _____/

13

14

15             VIDEOTAPED DEPOSITION OF

16        JOSEPH WILLIAM "JAY" MONAHAN, IV

17           Tuesday, December 8, 2020

18              9:59 AM - 5:59 PM

19

20

21

22   Stenographically Reported By:

23   Cynthia Silverberg, Court Reporter

24   Job No. 4358556

25
```

Page 1

1          Q.   And with regard to revenue generated from

2      sponsors, what happens to that money?

3          A.   Which sponsors are you referring to?

4          Q.   Let's say there's a tournament sponsored by

5      Avis, for instance, what happens to the money generated

6      by a sponsor under those circumstances?

7          A.   Well, in the case of Avis, they don't title

8      sponsor an event.  So they would have purchased

9      corporate hospitality, a Pro-Am ticket; they would have

10     purchased an advertisement in a program.  And,

11     ultimately, that revenue goes to the host organization.

12     And it's an important part of the overall net proceeds

13     that are generated.  So they've contributed to that

14     redistribution in that community that I previously

15     referenced.

16         Q.   Does the PGA Tour have any authority to

17     dictate to which (c)(3)s the money is distributed by the

18     particular tournament sponsor?

19         A.   Can you explain to me what you mean by

20     authority?

21              MR. DAVIS:   Objection to form.

22     BY MR. GINSBERG:

23         Q.   Let's not use the word authority, if it's

24     easier.  What role, if any, does the PGA Tour have to

25     determine or to weigh in on the recipients of that

1          Q.    Not specifically.  Did anyone express to you

2     generally his feelings about the matter?

3          A.    I also don't recall anybody generally

4     expressing his opinions on the matter.

5          Q.    When did you have this conversation with

6     Mr. Greenstein?

7          A.    I believe it was on May 30th.

8          Q.    Did you call him, or did he call you?

9          A.    I was asked to call him.

10         Q.    Who asked you to call him?

11         A.    Luis Goicouria had asked me because he was --

12    it was suggested to him by his counterpart at Sirius XM

13    that I do so.

14         Q.    And did you call him?

15         A.    I did.

16         Q.    How long did you and he speak?

17         A.    I don't recall specifically, but I would say

18    15 minutes.

19         Q.    Tell me about that conversation.

20         A.    Well, I called him and I said to him that I

21    recognize that I have no authority; we have no say in

22    how Hank is treated.  But as his partner, I thought it

23    was important for him to know my feelings on Mr. Haney's

24    comments.  And that my feeling was that what he said was

25    completely unacceptable, indefensible.  And as a result,

Page 58

```
 1    given the fact that our brand is on the station, is
 2    causing significant harm for us, I heard from a number
 3    of people.
 4           And I told him that if I were in his shoes --
 5    and, again, recognizing that we don't have authority on
 6    the final decision -- but if I were in his shoes, as his
 7    partner, I thought he should know that he would no
 8    longer be working for me.  But, again, I recognize that
 9    it was his decision.
10           I know there were a lot of factors that were
11    being -- that they were considering.  And I thanked him
12    for the opportunity to express that opinion.
13      Q.   When you made that call, Mr. Monahan, how many
14    times have you listened to Mr. Haney's broadcast?
15      A.   I have listened to it myself a couple of
16    times.  And then I had heard it re-aired on other, you
17    know, on other outlets and other channels.  So it's hard
18    for me to say.
19      Q.   But you're sure you had heard the actual
20    broadcast by the time you talked to Mr. Greenstein?
21      A.   Yes.
22      Q.   And who had provided the broadcast to you for
23    you to listen to it?
24      A.   I don't recall.
25      Q.   Do you recall Mr. Greenstein expressing
```

Page 59

1        Q.    What standards of appropriateness has the Tour

2    provided to Sirius XM in writing?

3        A.    I'm not aware of any.  But then again, I'm not

4    involved in the day-to-day of the business.

5        Q.    Who would know the answer to that question, if

6    you don't?

7        A.    Rick Anderson, Luis Goicouria.

8        Q.    Are you aware -- are you aware of the Tour

9    having any standard of appropriateness with regard to

10   broadcasting in writing in any regard?

11       A.    In writing, I'm not.

12       Q.    I'm going to have you just move that Exhibit 2

13   in front of you.  We may go back to that.  But if you

14   could, look at Exhibit 54, please.

15       A.    Okay.

16             (Plaintiffs' Exhibit 54 was marked for

17             identification.)

18   BY MR. GINSBERG:

19       Q.    Do you recognize this document that's entitled

20   Responses and Objections to Plaintiff's first set of

21   Interrogatories to Defendant?

22       A.    I don't recognize this.

23       Q.    Did you review either this or a previous draft

24   of it before it was filed by the PGA -- or served by the

25   PGA in this case?

Veritext Legal Solutions
866 299-5127

```
 1          objection that this witness is not here as a
 2          30(b)(6).  To the extent he has knowledge, he can
 3          respond.
 4               THE WITNESS:  That's my understanding.
 5  BY MR. GINSBERG:
 6     Q.   Your testimony earlier today was that the PGA
 7  did not have the right or authority to instruct Sirius
 8  XM to discipline Mr. Haney, correct?
 9               MR. DAVIS:  Objection.  Asked and answered.
10               THE WITNESS:  We didn't have the right to
11          discipline Mr. Haney.
12  BY MR. GINSBERG:
13     Q.   And you didn't have the right to instruct
14  Sirius to discipline Mr. Haney, correct?
15     A.   Correct.
16     Q.   And if you had done so, that would have been
17  contrary to your rights, correct?
18               MR. DAVIS:  Objection to form.
19               THE WITNESS:  Based on my prior answer, I
20          would say yes to that.
21  BY MR. GINSBERG:
22     Q.   Just briefly look at Exhibit 6, please.
23     A.   Okay.
24               (Plaintiffs' Exhibit No. 6 was marked for
25          identification.)
```

Veritext Legal Solutions
866 299-5127

1    and we are in a long-term rights arrangement with

2    Discovery with all of our international broadcast

3    rights.

4         Q.   What does that consist of?

5         A.   Well, that consists of, today, our primary

6    platform, which is Golf TV, and the nature of our

7    business arrangement is that they have made a long-term

8    rights commitment to us and they are placing our media

9    rights going country by country, market by market, and

10   putting us in the best possible position to build our

11   profile, build the profile of the PGA Tour and our

12   tournaments, given that they're the largest national

13   media company in the world.

14        Q.   Do they have an involvement in the U.S. media

15   market as well?

16        A.   They do, yes.  Not with us.

17        Q.   Would they be a potential alternative for you

18   if you wanted to replace Sirius?

19        A.   Does Discovery have an alternative for us if

20   we wanted to -- not that I'm aware of.

21        Q.   Did you ever speak to Mr. Zaslav about the

22   Haney situation?

23        A.   Not that I recall.

24        Q.   Do you know who Kristina Salen is, S-a-l-e-n?

25        A.   I do not.

Page 96

1      Q.   Do you know someone whose email address is

2   PMoulder -- M-o-u-l-d-e-r -- 49?

3      A.   I'm sorry.  Say it again.

4      Q.   P. Moulder.  Does that -- do you know somebody

5   whose last name is Moulder, M-o-u-l-d-e-r?

6      A.   The only Moulder I can recall knowing is

7   Mark Moulder from a prior life.  I don't know a

8   Peter Moulder.

9      Q.   Do you agree or disagree with the statement

10  that the PGA has no oversight on talent at Sirius XM?

11     A.   No oversight, I would agree with that

12  statement.

13     Q.   You know, I think I asked you this, but I'm

14  not sure I really pinned you down.  Do you remember the

15  PGA ever reaching out to Sirius XM and stating that its

16  programming was inappropriate, other than the Haney

17  situation?

18     A.   I don't recall any instances where we did

19  that.  I really don't.

20     Q.   Has the PGA ever vetoed a Sirius hiring

21  decision or halted a Sirius hiring decision?  And,

22  again, I'm excluding the Haney situation.

23         MR. DAVIS:  Again, you're asking him from his

24      personal perspective, not as a 30(b)(6)?

25         MR. GINSBERG:  Correct.

Page 97

```
 1    and their tournament coverage will continue on the Golf
 2    Channel through 2030, as will early round coverage of
 3    the PGA Tour -- that's Thursday, Friday each week --
 4    with a select -- I believe it's seven events total where
 5    we have all four days of coverage.  And then we have --
 6    Golf Channel is owned by Comcast.  Comcast owns NBC.  We
 7    split our broadcast package with NBC and CBS.
 8             And I believe in discussions with Golf
 9    Channel, we've been able to secure a commitment to
10    attempt to try and bring more LPGA programming on to NBC
11    if the LPGA has the sponsorship and the opportunity to
12    do that.
13             And then we have a commitment -- the same
14    commitment I was referencing earlier -- to promote the
15    LPGA Tour on our broadcast and the LPGA Tour to promote
16    the PGA Tour and our tour on their broadcast.  That's
17    the spirit of the partnership that will carry through
18    the agreement.
19        Q.   And the agreement to attempt -- to intend to
20    attempt doesn't sound like much of an agreement with
21    regard to getting the LPGA on the networks.  Does
22    that sound --
23        A.   You have to -- that's fair.  But you have to
24    realize that, for us, you've got -- we have the PGA
25    Tour, PGA Tour Champions, Korn Ferry Tour.  Golf Channel
```

Page 123

```
 1    has a commitment with the European Tour, Asian Tour,
 2    several other tours, and the LPGA Tour.
 3              They have -- on the NBC window, they've got a
 4    number of other sports where they're in partnership with
 5    and they've got a number of other rights deals coming
 6    forward.  So I think it's fair to say it doesn't sound
 7    like a commitment.  But I think you'll find, and fans
 8    will find, that as we go out into 2022 and beyond,
 9    you'll start to see more LPGA programming on NBC.
10    That's at least the opportunity that we've all agreed to
11    pursue.
12        Q.   Is there a single contract with Golf Channel
13    and NBC, or is there two different agreements?
14        A.   There are two different agreements.
15        Q.   What proportion of the revenue does the PGA
16    receive from the Golf Channel contract?
17        A.   It's a significant portion.
18        Q.   Ninety-five percent?
19        A.   I would say north of 90 percent.
20        Q.   With regard to the NBC contract, what
21    percentage does the PGA receive and what percentage does
22    the LPGA receive?
23        A.   Given that today they have very little
24    programming on NBC beyond the KPMG Women's Championship,
25    until they're able to have more programing on it,
```

Page 124

1    nothing really has changed.

2        Q.   So it's essentially ninety-nine point

3    something percent goes to the PGA; is that correct?

4        A.   Yeah.   North of 95 percent.

5            MR. DAVIS:   Can we take a -- I'm sorry.   Go

6        ahead.

7            MR. GINSBERG:   I'm almost done with this.

8    BY MR. GINSBERG:

9        Q.   And the LPGA has no percentage of the CBS

10   contract, right?

11       A.   That's my understanding.   I'm not aware of any

12   LPGA programming on CBS.

13           MR. GINSBERG:   Bill, I have one more, probably

14       60 seconds on this line.   Do you want to break now,

15       or do you --

16           MR. DAVIS:   No, no.   Go for it.

17   BY MR. GINSBERG:

18       Q.   In entering into that arrangement with the

19   LPGA, does the PGA now exercise or have the right to

20   exercise additional supervision or become additionally

21   involved in the functioning of the LPGA?

22           MR. DAVIS:   Objection to form.

23           THE WITNESS:   We do not.

24   BY MR. GINSBERG:

25       Q.   Is it a day-to-day matter, or what is the

Page 125

1    a proposal for how to resolve the situation with Sirius?

2         A.   No.  I don't remember that.

3         Q.   Do you remember Mr. Whan suggesting to you

4    that an attempt be made to pursue Sirius to suspend

5    Mr. Haney for 30 days and to obtain for the LPGA a show

6    regarding -- relating to women's golf, in particular?

7         A.   I do recall Mr. Whan saying that Sirius XM --

8    Sirius XM coverage of the LPGA was, you know, was not

9    meaningful prior to that point in time.  But certainly a

10   comment like that had brought a lot of attention to the

11   LPGA in a negative light, but I don't recall talking

12   about any specific solutions with Mr. Whan.

13        Q.   Mr. Whan never suggested to you that any

14   attempts should be made to get Mr. Haney terminated from

15   Sirius, did he?

16        A.   His comments were more specific to the fact

17   that he shouldn't be on that channel and he shouldn't

18   have that opportunity.  But specific suggestions, I

19   don't recall having communications about options or

20   specific suggestions.

21        Q.   He didn't ask you to assist in getting

22   Mr. Haney terminated, did he?

23        A.   No, not specifically.

24        Q.   Did he ask you to do anything?

25        A.   No.  I think at that point in time, he

Page 130

1    question.  You would have to ask the LPGA that question.

2         Q.   When's the last time you attended an LPGA

3    tournament?

4         A.   The last time I attended an LPGA event?  I

5    don't recall the last time I attended an LPGA even.

6         Q.   Have you ever attended an LPGA event?

7         A.   I have.  Yes.

8         Q.   Have you stayed for an entire round of an LPGA

9    event?

10        A.   An entire round, yeah.  I mean, it's, again,

11   early in my career, when I was working with athletes,

12   and I worked with two LPGA players.  So in that

13   capacity, I attended many events over many days.  But I

14   typically don't stay at tournaments for long periods of

15   time.

16        Q.   As commissioner, have you ever attended an

17   LPGA event?

18        A.   I don't believe I have.

19        Q.   Do you think that's offensive to the LPGA?

20        A.   I really don't because, if it was offensive,

21   I'm sure Mike would tell me.  We are business partners

22   and, you know, we have the occasion to understand our

23   respective roles.  And he knows, if he needs me at an

24   LPGA event, all he has to do is ask.

25             And that's very similar in respect to my

                                                  Page 136

```
 1          identification.)

 2   BY MR. GINSBERG:

 3        Q.   What do you recognize it to be?

 4        A.   His apology statement, Mr. Haney's apology

 5   statement.

 6        Q.   Did you see Mr. Haney's written apology on May

 7   29th, 2019 at 9:45 p.m. -- I'm sorry -- 9:45 a.m.?

 8        A.   Did I see it at that time?

 9        Q.   Yes, sir.

10        A.   I saw it at some point following, you know, in

11   the time that followed the issuing of this statement.  I

12   can't recall how close it was to 9:45.

13        Q.   Was it before or after Mr. Haney was

14   terminated from Sirius?

15        A.   No.  I don't believe that statement was issued

16   before he was terminated.

17        Q.   Sir, was this about a half-hour after the

18   broadcast?

19        A.   Correct.

20        Q.   I thought you just said you don't believe that

21   this statement was issued before the termination.

22        A.   I'm saying it was issued before the

23   termination.

24        Q.   I apologize.

25        A.   That occurred days later.  I'm just not --
```

Page 144

```
 1    of several million dollars more during 2020 than they

 2    did in 2019?

 3         A.   What it means is they would have received

 4    several million dollars of additional media rights

 5    revenue in 2020 than they did in 2019.  I can't speak to

 6    all the other revenue sources.

 7         Q.   What you refer to as media rights revenue,

 8    will they have received several million dollars more

 9    from media broadcast in 2020 than they did in 2019?

10         A.   They will have.

11         Q.   Where is the tournament this week you

12    mentioned, which tournament is that?

13         A.   It's the U.S. Women's Open.

14         Q.   And where is that being played?

15         A.   In Houston, Texas.

16         Q.   Can you give me the top five ranked players

17    playing in that tournament this week?

18         A.   I can't specifically give you the top five

19    players ranked in that tournament.

20         Q.   How about the --

21         A.   I can tell you who I think is going to win.

22         Q.   Tell me the last name.  Who do you think is

23    going to win?

24         A.   The finest female professional golfer in the

25    world.
```

Page 153

```
 1        Q.   What's her name?

 2        A.   We'll find out Sunday night.

 3        Q.   What's your prediction?

 4        A.   I've been very fortunate to work in this

 5   business for as long as I have.  The one thing I have

 6   realized above all else is I am not someone that should

 7   be predicting who will win because I'm terrible at it.

 8   And I don't --

 9        Q.   Who is the top ranked woman playing in the

10   tournament?

11        A.   I'm not sure what the latest iteration of the

12   world ranking is, or the Rolex Points is.

13        Q.   Who are the top several players playing?

14        A.   I'm focused on the business of the PGA Tour,

15   PGA Tour Champions, Korn Ferry, PGA Tour Latino America,

16   PGA Tour China, PGA Tour Canada, our relationship with

17   the European Tour and our industry relationships.  The

18   person who is in a position to tell you the top players

19   in the world would be Mike Whan.  He runs the LPGA Tour.

20             MR. GINSBERG:  Cindy, would you please read

21        back to Mr. Monahan my question that I asked?  And

22        I would ask Mr. Monahan to respond to my question.

23                  (The question was read back.)

24             THE WITNESS:  I would say the top several

25        players are Brooke Henderson, Lydia Ko,
```

Veritext Legal Solutions
866 299-5127

```
 1   the event.  And beyond that, you know, you had a

 2   19-year-old rookie who I read about on Friday night who

 3   was tied for the lead --

 4        Q.   What's her name?

 5        A.   -- and they had --

 6        Q.   What's her name?

 7        A.   I don't recall.

 8        Q.   How did she -- what was her placement?

 9        A.   She ended up -- she made a 6 on the last hole

10   on Saturday to move back into a tie with multiple

11   players.  And then didn't have a good day on Sunday.

12   And her final position, I can't quite recall.

13        Q.   But I asked you for the top three players and

14   you gave me one.

15        A.   The top three at what point?  Sorry.

16        Q.   At the end of the tournament.

17        A.   The end of the tournament?

18        Q.   Yes, sir.

19        A.   All I know is that Angela Stanford won the

20   event.  I can't recall specifically who came in second

21   and beyond.

22             MR. DAVIS:  If you're ready to move on, we

23        have Exhibit 58 here.

24             (Plaintiff's Exhibit No. 58 was marked for

25        identification.)
```

Page 156

# Exhibit 2-1

# Exhibit 27 to the deposition testimony of Jay Monahan, taken on December 8, 2020

| | |
|---|---|
| **From:** | Joel Schuchmann [JoelSchuchmann@pgatourhq.com] |
| **Sent:** | 5/29/2019 4:59:11 PM |
| **To:** | Laura Neal [LauraNeal@pgatourhq.com]; Mark Stevens [MarkStevens@pgatourhq.com] |
| **Subject:** | RE: XM/Hank Haney comments on Asians |

Yes, and I think our 'loose' affiliation with Sirius/XM – we don't control those shows – could damage us potentially.

**Joel Schuchmann**
Vice President, Communications

PGA TOUR
112 PGA TOUR Boulevard
Ponte Vedra Beach, Florida 32082
Office: 904-280-4707
Mobile: 904-616-2441
joelschuchmann@pgatourhq.com

---

**From:** Laura Neal <LauraNeal@pgatourhq.com>
**Sent:** Wednesday, May 29, 2019 4:30 PM
**To:** Mark Stevens <MarkStevens@pgatourhq.com>; Joel Schuchmann <JoelSchuchmann@pgatourhq.com>
**Subject:** RE: XM/Hank Haney comments on Asians

Joel – do you think we should keep an eye on this from a social listening perspective?  With Sung Kang and Kevin Na winning recently, I wonder if this would ever come back to the PGA TOUR to comment on his unfortunate remarks…. Not very D&I friendly…

---

**From:** Mark Stevens
**Sent:** Wednesday, May 29, 2019 2:58 PM
**To:** Joel Schuchmann < JoelSchuchmann@pgatourhq.com >; Laura Neal < LauraNeal@pgatourhq.com >
**Subject:** XM/Hank Haney comments on Asians

You see this?

https://twitter.com/SamMarksGC/status/1133751016120291328



EXHIBIT
27

PGATOUR-0002355

# Exhibit 2-2

# Exhibit 28 to the deposition testimony of Jay Monahan, taken on December 8, 2020

**From:**   David Logue [DavidLogue@pgatourhq.com]
**Sent:**   5/29/2019 9:47:33 PM
**To:**   Laura Neal [LauraNeal@pgatourhq.com]
**Subject:**   RE: XM/Hank Haney comments on Asians


Christine's statement is part fact, part hyperbole.  Hank's show is on Monday – Saturday from 10 a.m. – 12 p.m. ET.  It's the only program on the air that many days per week, but (depending on the week, time zone, tee times, etc.) "Inside the Ropes" with Carl and Dennis Paulson is sometimes on the air more hours in a given week.  I don't think Hank or his show are the longest running host/program on the channel, either.  However, in terms of promotion, Hank probably recieves more love from SiriusXM than anyone else on the channel because he's got the most "name recognition" and isn't afraid of saying sensational things.  I would submit that, since we have nothing to do with Hank or his show, calling it "the PGA TOUR's flagship SiriusXM show" is innacurate, even if it's considered the crown jewel from SiriusXM's perspective.  Here is a link to the channel home page:

https://www.siriusxm.com/servlet/Satellite?c=SXM_Channel_C&childpagename=SXM%2FSXM_Channel_C%2FChannelDetail&cid=1282009843466&p=1440390950434&pagename=SXM%2FWrapper

**From:** Laura Neal <LauraNeal@pgatourhq.com>
**Sent:** Wednesday, May 29, 2019 8:58 PM
**To:** David Logue <DavidLogue@pgatourhq.com>
**Subject:** Re: XM/Hank Haney comments on Asians

Thanks, Dave. Can you help educate me on our exact relationship with this show? Is Christine Brennan just casting a wide net out or is there credibility to this statement: "This was said on the PGA Tour's flagship SiriusXM show."

Laura Neal
PGA TOUR
SVP Communications & Media Content
904-273-7655
LauraNeal@pgatourhq.com

On May 29, 2019, at 8:40 PM, David Logue < DavidLogue@pgatourhq.com > wrote:


I just spoke with Jeremy Davis, program director for SiriusXM PGA TOUR Radio.  He said SiriusXM worked with Hank on the apology Tweet, and that adjustments were being made to avoid having Hank on the air in the coming days.  When I asked if a statement or further action/comment would be forthcoming, Jeremy said he would reach out to Andrew Fitzpatrick (V.P of Corporate Communications at SiriusXM) and let me know.  When I hear back from Jeremy regarding this matter, I'll be sure to relay his correspondence to this group.

Thank you . . .


**David Logue**
PGA TOUR Radio
112 PGA TOUR Blvd.
Ponte Vedra Beach, FL  32082
Office: 904.940.7257
Mobile: 904.728.8356
Fax: 904.280.6730



EXHIBIT
28

davidlogue@pgatourhq.com

**From:** Laura Neal < LauraNeal@pgatourhq.com >
**Sent:** Wednesday, May 29, 2019 8:10 PM
**To:** Jay Monahan < JayMonahan@pgatourhq.com >; Ron Price < RonPrice@pgatourhq.com >; Allison Keller < AllisonKeller@pgatourhq.com >; Norb Gambuzza < NorbGambuzza@pgatourhq.com >; Rick Anderson < RickAnderson@pgatourhq.com >; Greg Hopfe < GregHopfe@pgatourhq.com >; David Logue < DavidLogue@pgatourhq.com >
**Cc:** Kirsten Sabia < KirstenSabia@pgatourhq.com >; Joel Schuchmann < JoelSchuchmann@pgatourhq.com >; Dave Cordero < DaveCordero@pgatourhq.com >
**Subject:** Fwd: XM/Hank Haney comments on Asians

FYI below thus far on social listening results.

Karen Crouse tweeted that she asked Mike a Whan for his reaction and he said, "I'm not going to waste my time on people who are never going to get it."

Also, here is a link to Hank's apology on Twitter. Dave L - any insight into SXM's plans?

https://twitter.com/hankhaney/status/1133776404137500672?s=21


Laura Neal
PGA TOUR
SVP Communications & Media Content
904-273-7655
LauraNeal@pgatourhq.com

Begin forwarded message:

**From:** Jennifer Turk < JenniferTurk@pgatourhq.com >
**Date:** May 29, 2019 at 7:45:49 PM EDT
**To:** Laura Neal < LauraNeal@pgatourhq.com >, Mark Stevens < MarkStevens@pgatourhq.com >, Joel Schuchmann < JoelSchuchmann@pgatourhq.com >, Elle Hvozdovic < ElleHvozdovic@pgatourhq.com >
**Cc:** Josh Pranckevicius < JoshPranckevicius@pgatourhq.com >
**Subject:** Re: XM/Hank Haney comments on Asians

Hi there,

Apologies for delay just had to drive home to let the pup out.

There have been 1.7K mentions creating a potential reach of 25 million. As can be expected all mentions are negative towards Hank. Below I have attached the top 20 tweets by engagement.

None of our players have engaged with the topic yet. We will continue to monitor and let you know if the topic starts to pick up.

Please let me know if there is any area you would like more focus on.

| Author name | Followers | Following |
|---|---|---|
| Michelle Wie | 434596 | 253 |

PGATOUR-0002390

| Jerry Foltz | 30722 | 1169 |
| Michelle Wie | 434596 | 253 |
| Michelle Wie | 434593 | 253 |
| Jemele Hill | 1137213 | 2419 |
| Karrie Webb | 13259 | 347 |
| USA TODAY | 3794731 | 527 |
| Hally Leadbetter | 4514 | 1035 |
| Christine Brennan | 39915 | 1470 |
| Samantha Marks | 2095 | 781 |
| GOLF.com | 314850 | 1482 |
| Lisa Cornwell | 11590 | 807 |
| Sean Zak | 4294 | 450 |
| Christina Kim | 64709 | 231 |
| Sports Illustrated | 1756664 | 2891 |
| Karen Crouse | 4386 | 848 |
| GOLF.com | 314850 | 1482 |
| Ryan Ballengee | 14010 | 1650 |
| TMZ | 4977294 | 907 |
| Golf Digest | 799047 | 376 |

| Text |
| --- |
| "As a Korean American female golfer, these comments that @HankHaney made disappoint and anger me on so many different levels. Racism this, but this must be called out. https://t.co/P18JByTosN " |
| "Very disappointed to hear @HankHaney completely disparage women's golf and the @LPGA on his radio show.  ""I couldn't name 4 players racist or sexist.  Shame on you Hank." |
| "Too many of these girls, Korean or not, have worked countless hours and sacrificed so much to play in the US Open this week. There are so @HankHaney https://t.co/YB25Bl9zoC " |
| Shame on you @HankHaney .... https://t.co/4IyrFiLcQ2 |
| "Hank Haney, leader in the clubhouse for acting like a racist moron. https://t.co/CAoV4sW5hT " |
| Well said @themichellewie Wiesy! Shame on you @HankHaney and Steve Johnson. @PGATOUR if you‚Äôre truly serious about supporting th anymore! https://t.co/2hvZoBE4Tn |
| "Commentator Hank Haney, who belittled South Korean golfers in the LPGA, must be fired for his racist, sexist remarks | Opinion https://t.cc |
| " .@HankHaney Next time you're trying to fill time &amp; decide to delve into women's golf, do some research. @SiriusXMPGATOUR can pr golf and the U.S. Women's Open the respect they deserve or get out. " |
| "If Hank Haney isn‚Äôt fired by dinnertime, the powers that be in golf, ‚Ä¶@PGATOUR,‚Ä© and ‚Ä¶@SIRIUSXM,‚Ä© are making a statement t the very people they need in the future. https://t.co/3NCotPkrMQ @usatoday" |
| "Hank Haney took some shots at the @LPGA this morning on his @SiriusXMPGATOUR show with Steve Johnson:<br>Steve: This week is the 74th U.S. Women‚Äôs Open, Hank.<br>Hank: Oh it is? I‚Äôm gonna predict a Korean.<br>Steve: *laughs* Okay, that‚Äôs a pretty safe bet.<br>(cont. below)" |
| Hank Haney opens his radio show with racist and sexist comments about the U.S. Women‚Äôs Open. https://t.co/lWVD4AcBzx https://t.co/F |

PGATOUR-0002391

Racist. Sexist. Disgraceful.

That was Hank Haney today on @SiriusXMPGATOUR. https://t.co/c8wynlXqlf

"What @HankHaney said is offensive in all kinds of ways, but if you want to further understand why something like that happens, look to the

A gross list of excuses for men to not pay attention to female golfers. https://t.co/iNWjxD12On "

"WOW @HankHaney. Way to go. Heaven forbid we celebrate the game of golf and all of the incredible golfers around the globe, male, femal
able to do what I love, and I‚Äôm lucky to love what I do. https://t.co/07jLRDuTH1 "

"Hank Haney, Tiger Woods' former swing coach, made racist and sexist comments disparaging women's golf on his radio show https://t.co/0

"I asked @LPGACommish about @HankHaney's comments and he said, ""I'm not going to waste my time on people who are never going to g
"Racism and sexism are no laughing matter."

Michelle Wie and several LPGA players have already condemned Hank Haney's disparaging comments: https://t.co/F58J0RpRdk https://t.co/

"If you'd prefer to listen to Hank Haney disparage the LPGA and US Women's Open this morning on SiriusXM, here's the audio: https://t.co/V

"Michelle Wie Rips Hank Haney Over 'Racist, Sexist' LPGA Comments https://t.co/CiVtr1NEpB "

Golf instructor Hank Haney was criticized on Wednesday for making disparaging comments about the U.S. Women's Open: https://t.co/V4c5

**Jen Turk**
PGA TOUR | Digital Audience Development
c. 561.358.9526 | o. 904.543.5233

**From:** Laura Neal < LauraNeal@pgatourhq.com >
**Date:** Wednesday, May 29, 2019 at 5:05 PM
**To:** Mark Stevens < MarkStevens@pgatourhq.com >, Joel Schuchmann < JoelSchuchmann@pgatourhq.com >,
Jennifer Turk < JenniferTurk@pgatourhq.com >, Elle Hvozdovic < ElleHvozdovic@pgatourhq.com >
**Subject:** RE: XM/Hank Haney comments on Asians

Jen and Elle – sorry we are keeping you so busy.  Could you keep an eye on this conversation?  Not good….

# Opinion: If Hank Haney isn't fired from his radio job, golf's leaders are condoning racism, sexism

https://www.usatoday.com/story/sports/christinebrennan/2019/05/29/hank-haney-sexist-racist-remarks-should-be-fired/1275733001/

https://twitter.com/SamMarksGC/status/1133751016120291328

# Exhibit 2-3

# Exhibit 30 to the deposition testimony of Jay Monahan, taken on December 8, 2020

| | |
|---|---|
| **From:** | Joel Schuchmann [JoelSchuchmann@pgatourhq.com] |
| **Sent:** | 5/30/2019 4:22:17 PM |
| **To:** | pmoulder49@gmail.com |
| **Subject:** | Hank Haney |

Peter,

Thanks for taking the time to reach out. We agree with you on nature of the comments made by Mr. Haney yesterday, and we have shared our position with SiriusXM's leadership and we await a response. The network is not owned or operated by the PGA TOUR so we don't have any oversight on items such as talent, so that complicates the situation. That said, the PGA TOUR is committed to and proud of the increasingly diverse makeup of our fan base, not to mention the power and accomplishments of the game's world-class, global players - both on the PGA TOUR and LPGA, whom we are working with more closely than ever before. Comments or actions to the contrary will not deter us in our efforts to ensure that golf is a game for everyone. If you and your golf team is ever in the vicinity of a TOUR event, please let us know – we'd love to have you as guests! Best, Joel

**Joel Schuchmann**
Vice President, Communications

PGA TOUR
112 PGA TOUR Boulevard
Ponte Vedra Beach, Florida 32082
Office: 904-280-4707
Mobile: 904-616-2441
joelschuchmann@pgatourhq.com



The information contained in this transmission and any attachments may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

EXHIBIT
30