# Exhibit 3

# Relevant portions of the deposition testimony of Laura Neal, taken on December 15, 2020

1        UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF FLORIDA

3                --oOo--

4  HANK HANEY and

   HANK HANEY MEDIA, LLC,

5

            Plaintiffs,

6

   vs.                          Case No.

7                               0:19-cv-63108-RAR

   PGA TOUR, INC.,

8

            Defendant.

9  _____/

10

11

12              CONFIDENTIAL

13

14

15     VIDEO-RECORDED DEPOSITION OF LAURA NEAL

16          TUESDAY, DECEMBER 15, 2020

17

18

19

20

21  Reported by:

22  Anrae Wimberley, CSR No. 7778

23  Job No.  6177

24

25

Deposition of Laura Neal                                    Hank Haney & Hank Haney Media, LLC v. PGA Tour, Inc.

1    social channels.  And I try to keep up with it, yes.

2         Q.   Can you identify for me any of the top

3    five finishers, other than Ms. Lee, in the

4    tournament right after the broadcast?

5         A.   I don't remember who finished in the --

6    that year, I don't remember who was in the top five.

7         Q.   Can you tell me who are in the top five

8    standing rankings this year?

9         A.   I don't have that memorized, no, sir.

10        Q.   Do you think it's disrespectful for a

11   senior member of the PGA not to know who the leaders

12   of the LPGA are?

13        A.   No, I don't think it's disrespectful.

14        Q.   With whom at the LPGA did you have any

15   conversations about Mr. Haney's broadcast between

16   May 29th and the time he was suspended?

17        A.   I don't believe I had any conversations

18   with the LPGA.

19        Q.   You didn't reach out to the LPGA to find

20   out how the LPGA was feeling about the broadcast; is

21   that your testimony?

22        A.   I did not.  I don't remember doing so, no.

23        Q.   Who's your counterpart at the LPGA?

24        A.   I work with Roberta Bowman, for the most

25   part.

1    Q.    Incidentally, do you know if the PGA Tour

2  has written policies with regard to programming

3  standards?

4    A.    I assume so, but I don't know.

5    Q.    You've never seen such policies?

6    A.    I don't think so, no.

7    Q.    Given your job, if there were programming

8  standards in writing, do you think you would have

9  seen them?

10   A.    I'm sorry.  You broke up a little bit.  Do

11 I think I would have seen them?

12   Q.    Yes.

13   A.    Maybe.  I don't know.

14   Q.    Why do you think there are written

15 programming standards?

16   A.    Well, I would assume there are -- between

17 two organizations entering a partnership, there's

18 some rules of the road when we assign our name to a

19 network.

20   Q.    Other than that assumption, is there any

21 basis for you to believe there are those rules of

22 the road?

23   A.    No.

24   Q.    Are you aware that Commissioner Monahan

25 says that, as far as he knows, there are no written

1   policies with regard to programming standards?

2       A.   No, I'm -- no.

3       Q.   You certainly have never seen any written

4   programming standards; correct?

5       A.   No.

6       Q.   I apologize.  Did you say that Luis -- not

7   even going to try to pronounce his last name.  Can

8   you tell me to whom he reports?

9       A.   To Rick Anderson.

10      Q.   Are you aware that on May 30th, Luis asked

11  Mr. Monahan to call Scott Greenstein about this

12  matter?

13      A.   Yes.

14      Q.   How are you aware of that?

15      A.   Luis told me.

16      Q.   Before or after?

17      A.   I don't remember.  Probably before, but I

18  don't remember specifically.

19      Q.   What did he say?

20      A.   That he was going to have Jay talk

21  directly to convey our disappointment and discuss

22  what the next steps were.

23      Q.   Are you aware that by then, Mr. Monahan

24  had decided that Mr. Haney had to be terminated?

25      A.   I believe he replied to an e-mail and

1    Q.   It doesn't operate Sirius; correct?

2    A.   Correct.

3    Q.   Does the PGA have any oversight on items,

4  such as talent?

5    A.   I don't know.

6    Q.   Are you aware of any such oversight?

7    A.   I'm not.

8    Q.   Does any member of the PGA Tour sit on the

9  Sirius board?

10    A.   I don't know.

11    Q.   Does the PGA Tour have any investment in

12  Sirius, financial?

13    A.   I don't know.

14    Q.   Does the PGA have any process by which it

15  becomes involved or approves new talent on Sirius?

16    A.   I don't know.

17    Q.   Does it have any process by which it gets

18  involved in approving or opining about new shows?

19    A.   I don't know.

20    Q.   You're not aware of the PGA Tour ever

21  providing standards of appropriateness for broadcast

22  to Sirius; correct?

23    A.   I'm not aware, no.

24    Q.   Are you aware of the PGA ever becoming

25  involved, other than in the Haney situation, with

1    governance issues; set goals, compensation,

2    et cetera.

3          Q.    And how is the Policy Board comprised?

4          A.    There's independent directors and

5    members -- player directors that are nominated from

6    the player advisory committee.

7          Q.    Who makes the actual appointments to the

8    Policy Board?

9          A.    I don't know how that works.

10         Q.    Do you know whether the PGA Tour has any

11   right either to recommend or block any particular

12   player from being on the PGA Tour Policy Board?

13         A.    I don't know.  They're elected by their

14   peers, so I don't know how that would happen.

15         Q.    Do you have Exhibit 24 in front of you?

16         A.    24?

17         Q.    Yes.

18         A.    Yes.

19         Q.    Do you see, on the top of that, there's a

20   statement from Rex Chapman saying that his friend's

21   parents had died from COVID and COVID-related issues

22   and that his parents are in and out of the hospital

23   and that one of his kids had "tested positive for

24   COVID today"?

25         A.    Um-hum.  Yes.

1    Q.   Who is Rex Chapman?

2    A.   Former football player who has -- he's a

3  social influencer, I might say is the best way to

4  describe him now.

5    Q.   Then he said, "Forgive me if I'm upset

6  over 200,000 dead when the President told us 6

7  months ago we would be down to 0 cases 'in a few

8  days'."

9         Do you see that?

10   A.   Yes.

11   Q.   When is the first time you saw that

12  statement?

13   A.   I don't know the date.  It was fairly

14  quickly after Kevin responded to it.

15   Q.   "Kevin" is Kevin Kisner?

16   A.   Correct.

17   Q.   His response was "Guess they can't follow

18  the guidelines"?

19   A.   Um-hum.  Yes.

20   Q.   Was there a lot of social media outcry

21  regarding the lack of sensitivity of Mr. Kisner's

22  statement?

23   A.   It was definitely a hot topic, yes.

24   Q.   Did you have any recommendations about

25  what to do with regard to Mr. Kisner and his

1    A.   Oh, gosh.  Is it Butler Melnyk?  I can't

2    remember who I spoke to.

3    Q.   Has Mr. Kisner's time on the Policy Board

4    been uninterrupted?

5    A.   As far as I know, yes, no interruptions.

6    Q.   So he was not disciplined for his

7    statement?

8    A.   I don't know.

9    Q.   If he had been, would you know it?

10   A.   Not necessarily.

11   Q.   Did you think he should be disciplined for

12   his statement?

13   MR. DAVIS:  Objection; calls for speculation,

14   lack of predicate.

15   THE WITNESS:  I don't have an opinion on

16   whether he should or not.

17   BY MR. GINSBERG:

18   Q.   Did you do anything to learn the number of

19   social media hits and what the comments were about

20   his statement?

21   A.   I don't remember if we requested a social

22   listening report.  I don't remember.  I think the

23   fact that he apologized and it died down after that

24   and it was a weekend might have had something to do

25   with it, but I don't remember specifically.

# Exhibit 3-1

# Exhibit 24 to the deposition testimony of Laura Neal, taken on December 15, 2020



**Rex Chapman** 🏇 ✓ @RexChapm... · 9h  •••

My friends parents have died from Covid &
Covid related issues. My parents are in &
out of the hospital. One of my kids tested
positive for Covid today.

Forgive me if I'm upset over 200,000 dead
when the President told us 6-months ago
we would be down to 0 cases "in a few
days."

💬 1,148    🔁 5,411    ♡ 38.9K    ⬆

**Kevin Kisner** ✓ @K_Kisner · 3h    •••
Guess they can't follow the guidelines

💬 187    🔁 67    ♡ 916

**EXHIBIT**

tabbies®

24

Neal 12/15/2020 A.W

*Twitter*

# Exhibit 3-2

# Exhibit 25 to the deposition testimony of Laura Neal, taken on December 15, 2020



**EXHIBIT**

25

Neal 12/15/2020 A.W.

# Kisner apologizes for insensitive remark

September 12, 2020

By **Staff**, PGATOUR.COM

Follow @PGATOUR

HARE ON



Kevin Kisner plays his shot from the 18th tee during the Arnold Palmer Invitational presented by MasterCard. (Keyur Khamar/PGA TOUR)

Kevin Kisner has apologized for an insensitive remark made on social media about COVID-19 related deaths.

"Earlier this morning, I made a reckless comment. I diminished the real experience of pain and loss suffered by many during the pandemic. I am not without empathy, but I certainly exercised poor judgement. I apologize to Rex Chapman and anyone else that was hurt by my comment," Kisner said.

The PGA TOUR issued a statement on the incident.

"We found Kevin's comment this morning to be both disappointing and out of character. His remarks do not reflect the nature of our sport or organization, both of which strive to offer compassion and unity. We were pleased to see Kevin take ownership of the situation and have since spoken to him directly. We will have no further public comment on the matter."

Kisner later reached out to Rex Chapman, to whom Kisner's original tweet was directed. "We're going to find common ground. I'm hopeful," Chapman tweeted.

I spoke with @k_kisner . He reached out.

I love golf and am such a fan of the game. I know Phil and Tiger and those guys from way back. Peter Jacobsen, Payne Stewart, and Steve Flesch (UK) before them. We're going to find common ground. I'm hopeful.us

— Rex Chapman🌹 (@RexChapman) September 13, 2020

## RELATED TO THIS STORY



**Highlights**
Kevin Kisner makes birdie on No. 18 in Round 3 at TOUR Championship



**Highlights**
Kevin Kisner birdies No. 4 in Round 3 at TOUR Championship



**Highlights**
Kevin Kisner's starts strong at TOUR Championship



**Interviews**
Kevin Kisner on the new format of the TOUR Championship



**Highlights**
Kevin Kisner birdies No. 15 in Round 3 at BMW Championship

PGATOUR-0002708



**SHOW MORE**

PGATOUR-0002709

**Exhibit 3-3**


**Exhibit 26 to the deposition testimony of
Laura Neal, taken on December 15, 2020**



≡ **SECTIONS**

*The Virginian-Pilot*

SUBSCRIBE
4 weeks for only 99¢

LOG IN

---

TRIAL OFFER | **4 weeks for 99¢**

---



Virginia Beach developer Bruce Thompson permanently closes sectio...

Following June protests, new owners of Portsmouth Chick-fil-A aim to restore...



Dozens of dead an were found i Beach woma

>

---

ADVERTISEMENT

COMMUNITY BLOGS

# Was what Kelly Tilghman said about Tiger Woods racist? What's YOUR opinion?

**By JANE MASSEY**

THE VIRGINIAN-PILOT | JAN 11, 2008

  

**FEEDBACK**

---

**The Golf Channel (TGC) co-anchors, Kelly Tilghman and Nick Faldo** were joking on-air last Friday (1/4/'08) about the challenges the PGA players have in beating Tiger Woods. Faldo kidded that, "Maybe they should just gang up on him for a while." Kelly laughed and said, "... lynch him in a back alley."

**For that follow up to Nick's statement, Tilghman has been suspended for two weeks**. She's also having to listen to remarks from the all-knowing authority on what's racist, Mr. Al Sharpton. Her thoughts on this whole thing must be along the lines of: ***YOU'VE GOT TO BE KIDDING ME!***



EXHIBIT

_____26_____

Neal 12/15/2020 A.W.

ADVERTISEMENT

Advertisement



**FEEDBACK**

**I participate on TGC's discussion boards on their web site,** and quite a few of the posters there think Kelly's going to be history because of the statement - or, at least they hope so. There has been a lot of discussion about her not being professional enough, and not being good at the play by play analysis that's part of her job. I'm guessing many of those people are thrilled that she misspoke.

**As for me, I like her. She makes me laugh** with her colorful chit chat with Nick Faldo, and I have no problem with her analysis and on-air coverage of events. It's always of interest to hear a woman's perspective on the pro tournaments and the players. From what I'm reading from Tiger fans, they're taking Kelly's side in thinking she meant nothing mean-spirited. These people would be jumping up and

down (and I'm one of them) if they thought she was slammin' their guy in any way. They aren't. They seem to think Tiger is too smart and has too big of a sense of humor himself to get crazy over this incident.

**It took The Golf Channel nearly a week to make the decision to suspend her**; and, that came even after Tiger Woods said he had no problem with her comment. He said she was a good friend and that he knew she meant nothing by that statement.

**LATEST COMMUNITY BLOGS**

Photoblogging Beloff | A Photoblog Ends

JUL 31, 2018

Photoblogging Beloff | Today is a good day for an Art installation ... at our Lesner Bridge

JUL 25, 2018

Waggin' Tails l Time to Clear the Shelters!

JUL 20, 2018

Waggin' Tails l The Story of Fudge

JUL 17, 2018

Waggin' Tails l Dog Days

JUL 13, 2018

**Of course, everyone who dislikes her, anyway**, is up in arms and shouting 'racism' over her using the word 'lynch'. I'm having a good laugh at the people who normally think Al Sharpton is totally off base, aligning themselves with him on this situation.

FEEDBACK

ADVERTISING

**We have really come too far down that politically correct avenue, don't you think,** when we can't even utter certain words any more; and, we're not talking about obscene words, either. I know what happened - she was joking around with Faldo and she just grabbed the first word that popped in her head. She could just as easily have said, "... beat him up in a back alley, " or, " ...take him out in a back alley," or, used any other term for ganging up on someone and whipping them.

**It was a plain and simple cave in by The Golf Channel, in my opinion.** If they'd been suffiently outraged at what she said, they'd have suspended her immediately, enstead of waiting nearly 6 full days. They waited to see how the wind was blowing before jumping in, and that's my main problem with the suspension - well, that, and the fact that her comment didn't deserve the attention it's received.

**If Tiger Woods isn't offended by a joke that a friend of his made**, regardless of whether it was on-air or not, The Golf Channel should have had the guts to stand behind her.

**What's your take?** Do you think Kelly deserves to be side-lined for 2 weeks? Some people are even suggesting that TGC may fire her. Let me hear from you and I'll post your comments. Email me at **golfbythecupful@att.net** or use the 'Comment' button.

FEEDBACK

---

Jane Massey                                      

I'm a long-time rotten golfer who visits the keyboard too much and the driving range and practice green too

I'm a long-time rotten golfer who visits the keyboard too much and the driving range and practice green too little. I'm the wife to THE MR., a mother, a grandmother and a forever Neil Diamond fan. Life is good! janemassey@live.com

## Justine Bateman, 54, Sends Fans Wild As She Flaunts Age-Defying Figure

WORDSA | SPONSORED

## Most Popular Dog Breeds By State: California's Is Unusual

THE DELITE | SPONSORED

## Michael Oher Tells A Whole Different Story About 'The Blind Side'

GAMEDAY NEWS | SPONSORED

Super Thick Cashmere Wool Leggings. Make Your Legs Look Slender and Keep Warm in Winter.

Netflix Cancellations And Renewals: Effective Immediately

SWEETERA.COM | SPONSORED



PILOTONLINE.COM

Former Norfolk prosecutor gets 10 years in prison for trying to lure teen online

PILOTONLINE.COM

Man shot to death while traveling in car on I-264, police say

By JANE MARTIN

CHICAGO TRIBUNE

## An apology to Donald Trump, from the 'fake news' media

## Make every meal an occasion to celebrate.

SUB-ZERO, WOLF, AND COVE | SPONSORED

## 30 Rare Pics Of Princess Diana You Probably Have Never Seen

CAR NOVELS | SPONSORED



**PILOTONLINE.COM**

Virginia Beach man returns to '90 Day Fiancé' after finding love abroad



**PILOTONLINE.COM**

Woman found dead in Virginia Beach home, police investigating homicide

By SALEEN MARTIN

## You May Like

Sponsored Links by Taboola

### The Israeli-made face mask Everyone Is Talking About in the US

The Jerusalem Post

### These Maps Make Us Look At Things Differently

Explored Planet

### 25 Worst Movies Ever, According To Rotten Tomatoes

Post Fun

### Outdated Home Trends That We Hope Never Come Back

Elle Decor

**FEEDBACK**

**MOST READ • NEWS**                                                             ❯

**EDUCATION**

Isle of Wight County schools delay youngest students' return to in-person learning five days a week

DEC 1, 2020

**HEALTH & MEDICINE**

Poquoson nursing home sees number of coronavirus cases triple within a week

DEC 1, 2020

**ENVIRONMENT**

Controversial power line across James River had no better alternative, Corps of Engineers review says

DEC 1, 2020

Case 0:19-cv-62108-RAR Document 87-3 Entered on FLSD Docket 05/03/2021 Page 23 of 23

ADVERTISEMENT

## CONNECT

   

## TRIBUNE PUBLISHING

Chicago Tribune

The Baltimore Sun

New York Daily News

Orlando Sentinel

Sun Sentinel of Fla.

The Morning Call of Pa.

Hartford Courant

Daily Press of Va.

The Daily Meal

BestReviews

## COMPANY INFO

Careers

Contact us

Place an ad

Member center

Classifieds

FAQ

Privacy policy

Terms of service

AG disclosure

Manage Web Notifications

ePilot

Local print ads

About The Virginian-Pilot

Do Not Sell My Personal Information

FEEDBACK

Copyright © 2020, The Virginian-Pilot