# Exhibit 5

# Relevant portions of the deposition testimony of Jeremy Aisenberg, taken on January 12, 2021

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF FLORIDA
 3       - - - - - - - - - - - - x
 4    HANK HANEY and HANK         :
 5    HANEY MEDIA, LLC,           :
 6           Plaintiff,           :    CASE NO:
 7    v.                          :    0:19-CV-63108-RAR
 8    PGA TOUR, INC.,             :
 9           Defendant.           :
10       - - - - - - - - - - - - x
11              DEPOSITION OF JEREMY AISENBERG
12                    Conducted Virtually
13                Tuesday, January 12th, 2021
14                       9:44 a.m. EST
15
16
17
18
19
20
21
22
23    Job No.: 342127
24    Pages: 1 - 173
25    Reported By: Megan Kurwitz
```

Transcript of Jeremy Aisenberg
Conducted on January 12, 2021　　　　　17

| | | |
|---|---|---|
| 1 | A   There were. | 10:15:12 |
| 2 | Q   Describe for me what those were. | 10:15:13 |
| 3 | A   The most notable incident related to the | 10:15:17 |
| 4 | Tour's, you know, engagement being something Hank | 10:15:23 |
| 5 | Haney related was upon the release of his book, | 10:15:32 |
| 6 | The Big Miss. | 10:15:36 |
| 7 | Q   Okay.  Describe for me what you told | 10:15:39 |
| 8 | Mr. Ginsberg during the course of your meeting | 10:15:43 |
| 9 | with him about that topic. | 10:15:45 |
| 10 | A   Well, I had previously shared with | 10:15:47 |
| 11 | Mr. Ginsberg the details, which weren't -- wasn't | 10:15:53 |
| 12 | necessary to re- -- rehash those details yesterday | 10:16:01 |
| 13 | because those details are not going to change, | 10:16:04 |
| 14 | which include, you know, Hank Haney -- when Hank | 10:16:09 |
| 15 | Haney released his book, The Big Miss, it at the | 10:16:17 |
| 16 | time was the most notable book in -- in sports. | 10:16:21 |
| 17 | It debuted at Number 1 on the New York Times Best | 10:16:29 |
| 18 | Seller list, which is an unusual thing for a | 10:16:34 |
| 19 | sports book.  Never-before-seen situation for a | 10:16:35 |
| 20 | golf-related book.  And was, as an example, the | 10:16:43 |
| 21 | most-read -- the excerpt of The Big Miss was the | 10:16:51 |
| 22 | most-read article in the history of Golf Digest as | 10:16:56 |
| 23 | reported by Golf Digest.  They ran a multipage | 10:17:00 |
| 24 | excerpt of that book in advance of the publication | 10:17:05 |
| 25 | of the book and -- | 10:17:10 |

| | | |
|---|---|---|
| 1 | Q   Okay.  And -- | 10:18:17 |
| 2 | A   And -- | 10:18:17 |
| 3 | Q   -- what did you relate to Mr. Ginsberg as | 10:18:21 |
| 4 | to any interference or any conduct engaged in by | 10:18:23 |
| 5 | the PGA Tour in relation to the sale of the | 10:18:32 |
| 6 | books -- The Big Miss? | 10:18:35 |
| 7 | A   So, you know, I was heading in that | 10:18:36 |
| 8 | direction.  So the book -- tremendous interests | 10:18:42 |
| 9 | ahead of the publication of the book.  But, also, | 10:18:47 |
| 10 | you know, quite a bit of -- of angst in the Tiger | 10:18:50 |
| 11 | Woods camp in relation to the book, and, you know, | 10:18:55 |
| 12 | including very embarrassing press conferences | 10:18:58 |
| 13 | related to, you know, Tiger Woods' Navy Seal | 10:19:02 |
| 14 | endeavors, you know, confrontations at PGA Tour | 10:19:09 |
| 15 | press conferences with reporters, including Alex | 10:19:11 |
| 16 | Miceli at the -- the Honda -- the Honda tournament | 10:19:16 |
| 17 | in March prior to the publication of the book. | 10:19:17 |
| 18 | And, you know, quite a bit of -- of chatter about | 10:19:20 |
| 19 | the displeasure of the pending publication of the | 10:19:27 |
| 20 | book from the Tiger Woods camp, in particular. | 10:19:32 |
| 21 | And upon release of the book, sales were | 10:19:35 |
| 22 | obviously very strong, debuted at Number 1 on the | 10:19:40 |
| 23 | best seller list, sold out at virtually every | 10:19:44 |
| 24 | retailer, and discussions with the publishers at | 10:19:48 |
| 25 | the Crown Archetype at Random House, every major | 10:19:52 |

Transcript of Jeremy Aisenberg
Conducted on January 12, 2021                               20

| | | |
|---|---|---|
| 1 | retailer had reorders in place, including the PGA | 10:20:00 |
| 2 | Tour Shops, which are a licensee of the Tour and | 10:20:04 |
| 3 | are -- are present at most airports, sell more | 10:20:08 |
| 4 | golf books, historically, than any other retailer | 10:20:13 |
| 5 | and had sold out of their initial supply.  And the | 10:20:17 |
| 6 | publisher told us that, to much of their surprise, | 10:20:22 |
| 7 | their reorder was canceled and -- | 10:20:26 |
| 8 |     Q   What -- what publisher was that? | 10:20:28 |
| 9 |     A   That was -- that was Crown Archetype at -- | 10:20:31 |
| 10 | at Random House. | 10:20:37 |
| 11 |     Q   Got it. | 10:20:37 |
| 12 |     Is that somebody that you spoke to? | 10:20:37 |
| 13 |     A   Yes. | 10:20:39 |
| 14 |     Q   Who did you speak to? | 10:20:40 |
| 15 |     A   I spoke to Tina Constable and Rick Horgan | 10:20:41 |
| 16 | and Tammy Blake. | 10:20:45 |
| 17 |     Q   And these were all at the publishing | 10:20:46 |
| 18 | house? | 10:20:52 |
| 19 |     A   All executives at the publishing house. | 10:20:52 |
| 20 | And it was -- | 10:20:55 |
| 21 |     Q   Was -- | 10:20:55 |
| 22 |     A   It was very notable because never in their | 10:20:56 |
| 23 | careers had a Number 1 year Times best seller's | 10:21:01 |
| 24 | second supply of shipments ever been canceled by a | 10:21:05 |
| 25 | -- by a retailer.  It -- it made no sense.  It was | 10:21:11 |

```
 1    the hottest book in the marketplace.  And they          10:21:14
 2    explained that the Tour called the -- the --            10:21:18
 3    someone associated with PGA Tour called the PGA         10:21:22
 4    Tour Shops and said that Tour-related enterprise        10:21:25
 5    shouldn't be supporting this book that is not           10:21:29
 6    favorable for our -- our biggest star.                  10:21:32
 7         Q   So let's unpack this a little bit.  The        10:21:36
 8    name of the individual who said to you that             10:21:41
 9    someone at the PGA Tour called the PGA Tour Shops       10:21:46
10    to get them to cancel the book order -- who was         10:21:52
11    that?                                                   10:21:56
12         A   It was the topic of conversation with the      10:21:56
13    entire team at -- at Random House -- Crown              10:22:00
14    Archetype at Random House, which is the imprints        10:22:05
15    within the publisher's business enterprise,             10:22:05
16    specifically with Tammy Blake, with Rick Horgan,        10:22:10
17    with Tina Constable.                                    10:22:14
18         Q   And did each one of these individuals say      10:22:14
19    that to you?                                            10:22:18
20         A   It may have been a conference call, but,       10:22:19
21    you know, discussing the impact of this on -- on        10:22:23
22    the potential future book sales was notable to the      10:22:25
23    business opportunity of -- of the book in general.      10:22:30
24         Q   And did they identify who at the PGA           10:22:32
25    Tour --                                                 10:22:38
```

Transcript of Jeremy Aisenberg
Conducted on January 12, 2021

30

| | | |
|---|---|---|
| 1 | partnerships with additional Haney partners.  It | 10:34:59 |
| 2 | was, you know, the -- the expansion of a -- of | 10:35:02 |
| 3 | tests -- relationship into a much larger business | 10:35:08 |
| 4 | opportunity for Mr. Haney. | 10:35:12 |
| 5 | Q   Were -- were agreements actually reached | 10:35:14 |
| 6 | with Avis regarding subsequent events? | 10:35:18 |
| 7 | A   General terms were -- were discussed; you | 10:35:22 |
| 8 | know, business terms, economics, deliverables were | 10:35:27 |
| 9 | all discussed back and forth and -- and agreed to | 10:35:32 |
| 10 | in principle subject to a formal agreement. | 10:35:36 |
| 11 | Q   Were they reduced to a formal agreement | 10:35:39 |
| 12 | executed -- | 10:35:42 |
| 13 | A   No. | 10:35:42 |
| 14 | Q   -- by the parties? | 10:35:43 |
| 15 | A   No. | 10:35:45 |
| 16 | Q   Okay.  And when -- when would those | 10:35:45 |
| 17 | discussions have taken place? | 10:35:49 |
| 18 | A   I don't recall the exact timing but | 10:35:50 |
| 19 | within, yeah, the -- the 8 to 12 weeks following | 10:35:54 |
| 20 | that event, those discussions continued with the | 10:35:58 |
| 21 | various parties with Avis and their agency.  Lisa | 10:36:05 |
| 22 | -- or Allison Botto was the -- their marketing | 10:36:09 |
| 23 | contact at Avis at the time, and a woman named | 10:36:13 |
| 24 | Heather Breen ran the account for their agency. | 10:36:18 |
| 25 | And, you know, these things often evolve over a | 10:36:20 |

| | | |
|---|---|---|
| 1 | A   Allison Botto, who was their director of | 10:37:49 |
| 2 | marketing and sponsor- -- director of marketing, | 10:37:54 |
| 3 | director of sponsorship, perhaps.  I don't know | 10:37:57 |
| 4 | her exact title.  And the -- the agency contact -- | 10:37:59 |
| 5 | at the time, that agency, now called MJTG [sic]. | 10:38:03 |
| 6 | They were rebranding, I believe, from Team Epic to | 10:38:10 |
| 7 | MKTG with -- the agency lead is a woman named | 10:38:17 |
| 8 | Heather Breen? | 10:38:23 |
| 9 | Q   So the negotiations would have been | 10:38:23 |
| 10 | through another agency acting on behalf of Avis as | 10:38:31 |
| 11 | well?  Is that where Heather Breen fits in? | 10:38:37 |
| 12 | A   Correct.  They represented Avis' sports | 10:38:41 |
| 13 | sponsorship programs. | 10:38:45 |
| 14 | Q   And where are they located? | 10:38:48 |
| 15 | A   They're in Connecticut, I believe, MKTG in | 10:38:50 |
| 16 | New York.  They're -- they're owned by Dentsu, | 10:38:54 |
| 17 | which is a Japanese-based conglomerate with the | 10:38:58 |
| 18 | marketing agencies. | 10:39:00 |
| 19 | Q   And the subsequent negotiations did not | 10:39:02 |
| 20 | result in a definitive written agreement; is that | 10:39:12 |
| 21 | correct? | 10:39:19 |
| 22 | A   So after many months of those discussions, | 10:39:19 |
| 23 | the -- Allison and Heather reported back to us | 10:39:23 |
| 24 | that the PGA Tour had asked them to hold off on | 10:39:32 |
| 25 | the partnership and to explore other potential | 10:39:36 |

| | | |
|---|---|---|
| 1 | opportunities, which in Tour -- official Tour | 10:39:41 |
| 2 | partners to execute similar types of marketing | 10:39:48 |
| 3 | activations instead of the -- the plan that we had | 10:39:54 |
| 4 | developed from Mr. -- with Avis and Mr. Haney. | 10:39:58 |
| 5 | Q  So if I understand this, then, they were | 10:40:02 |
| 6 | approached by the PGA Tour to negotiate a similar | 10:40:05 |
| 7 | type marketing event but through the PGA Tour; is | 10:40:12 |
| 8 | that correct? | 10:40:16 |
| 9 | A  Well, as I understand, they were requested | 10:40:16 |
| 10 | to explore a similar type of program with official | 10:40:22 |
| 11 | PGA Tour -- other official PGA Tour partners and | 10:40:29 |
| 12 | relationships that, you know, were more | 10:40:35 |
| 13 | synergistic to the -- to the PGA Tour's marketing | 10:40:40 |
| 14 | platforms, you know.  Avis -- Avis was the -- | 10:40:43 |
| 15 | well, their -- they -- I believe what the PGA Tour | 10:40:47 |
| 16 | refers to as official marketing partner, meaning | 10:40:49 |
| 17 | Avis was the official rental car at least at the | 10:40:54 |
| 18 | time -- I believe they still are -- of the PGA | 10:40:56 |
| 19 | Tour.  And as such the PGA Tour has a team very | 10:40:59 |
| 20 | involved in ensuring that that partnership was | 10:41:05 |
| 21 | successful for Avis and very -- as I understand it | 10:41:09 |
| 22 | and have observed, very involved in helping to | 10:41:13 |
| 23 | connect dots for the official marketing partners | 10:41:17 |
| 24 | and -- and to expand what business opportunities | 10:41:20 |
| 25 | were with partners of the PGA Tour and certainly | 10:41:24 |

| | | |
|---|---|---|
| 1 | Q   And do you recall the names of any | 10:56:31 |
| 2 | specific representative of the Golf Channel that | 10:56:36 |
| 3 | you spoke to concerning the -- the nonrenewal of | 10:56:39 |
| 4 | of The Haney Project? | 10:56:45 |
| 5 | A   Yep. | 10:56:46 |
| 6 | Q   Who? | 10:56:47 |
| 7 | A   Thomas Stathakas. | 10:56:48 |
| 8 | Q   Would you spell that, please, if you can. | 10:56:52 |
| 9 | A   S-T-A-T-H-A-K-A-S, I believe, who was the | 10:56:55 |
| 10 | senior vice-president of programming, and then | 10:57:04 |
| 11 | Molly Solomon, who replaced Thomas Stathakas. | 10:57:08 |
| 12 | Q   And were they the ones that you had -- did | 10:57:16 |
| 13 | you have discussions with them concerning the -- | 10:57:19 |
| 14 | the -- the position of the Tiger Woods camp | 10:57:22 |
| 15 | vis-a-vis the Golf Channel? | 10:57:28 |
| 16 | A   Yes. | 10:57:31 |
| 17 | Q   Okay.  Anybody else at the Golf Channel | 10:57:32 |
| 18 | other than them that you had such discussions | 10:57:35 |
| 19 | with? | 10:57:38 |
| 20 | A   Keith Allo. | 10:57:38 |
| 21 | Q   Who? | 10:57:42 |
| 22 | A   A-L-L-O.  Keith Allo, A-L-L-O. | 10:57:43 |
| 23 | Q   Okay. | 10:57:43 |
| 24 | A   Was the head of the original programming | 10:57:44 |
| 25 | for the Golf Channel underneath Molly Solomon, | 10:57:50 |

| | | |
|---|---|---|
| 1 | which is what The Haney Project was describe- -- | 10:57:54 |
| 2 | fell under. | 10:57:58 |
| 3 | Q   And would these discussions have been | 10:57:58 |
| 4 | around 2013?  Is that when? | 10:58:00 |
| 5 | A   2013, 2014.  I don't -- I don't -- the | 10:58:03 |
| 6 | timing -- the exact timing is a little fuzzy to | 10:58:10 |
| 7 | me. | 10:58:14 |
| 8 | Q   And are those -- | 10:58:14 |
| 9 | A   Following the -- following the final | 10:58:15 |
| 10 | season of The Haney Project -- the final season | 10:58:19 |
| 11 | that ran of The Haney Project with -- with Michael | 10:58:23 |
| 12 | Phelps. | 10:58:27 |
| 13 | Q   And what do you recall them specifically | 10:58:28 |
| 14 | telling you concerning their reasons for | 10:58:32 |
| 15 | nonrenewal of The Haney Project? | 10:58:36 |
| 16 | A   That they were -- they were "efforting" to | 10:58:40 |
| 17 | strengthen and renew a relationship with Tiger and | 10:58:47 |
| 18 | in order to ensure Tiger's openness to working | 10:58:53 |
| 19 | with Golf Channel, who, you know, Golf Channel | 10:59:00 |
| 20 | viewing -- the new leadership with Golf Channel, | 10:59:08 |
| 21 | when the president came in, named Mike McCarley, | 10:59:11 |
| 22 | Molly Solomon as the head of programming -- as | 10:59:14 |
| 23 | part of their effort to turn over a new leaf in | 10:59:18 |
| 24 | their relationship with Tiger, who, you know, | 10:59:23 |
| 25 | following Tiger's time off from golf and played at | 10:59:26 |

| | | |
|---|---|---|
| 1 | the end of 2009 following his accident.  You know, | 10:59:30 |
| 2 | I think their -- you know, the Tiger Woods team | 10:59:34 |
| 3 | was not very -- was not very happy with the | 10:59:39 |
| 4 | coverage of the less flattering aspects of Tiger | 10:59:44 |
| 5 | Woods' life by the Golf Channel.  And they | 10:59:54 |
| 6 | essentially made the decision that they were going | 10:59:56 |
| 7 | to work hard to -- to win Tiger's favor, and -- | 10:59:59 |
| 8 | and, you know, getting rid of Hank Haney on the | 11:00:07 |
| 9 | Golf Channel was -- was the -- part of the price | 11:00:12 |
| 10 | of renewing their relationship with Tiger. | 11:00:15 |
| 11 |     Q   Okay.  You had mentioned the -- these | 11:00:19 |
| 12 | passive-aggressive instances, and you raised the | 11:00:23 |
| 13 | Golf Channel as being one example.  Are there any | 11:00:28 |
| 14 | other examples that you can think of? | 11:00:31 |
| 15 |     MR. GINSBERG:  Objection for grounds, | 11:00:35 |
| 16 | misstates the testimony. | 11:00:38 |
| 17 |     A   No. | 11:00:40 |
| 18 |     Q   Do you understand -- | 11:00:40 |
| 19 |     A   Not specifically.  Not specifically. | 11:00:42 |
| 20 |     Q   Can you think of any other matters that | 11:00:45 |
| 21 | you discussed with Mr. Ginsberg in preparation for | 11:00:49 |
| 22 | your deposition other than what we've just gone | 11:00:54 |
| 23 | through? | 11:00:58 |
| 24 |     A   No. | 11:00:58 |
| 25 |     Q   So tell me a little bit about Octagon, | 11:00:59 |

|  |  |  |
|---|---|---|
| 1 | MR. GINSBERG: Yeah. | 11:29:15 |
| 2 | Q  Yeah, you can answer. | 11:29:15 |
| 3 | A  I -- I -- other than knowing that the PGA | 11:29:18 |
| 4 | Tour was closely involved in the channel by virtue | 11:29:37 |
| 5 | of the weekly live programming and highlights and | 11:29:42 |
| 6 | -- and other licensed media that would then and | 11:29:50 |
| 7 | therefore make them aware of the programming I -- | 11:29:55 |
| 8 | which I assumed that they would have a -- you | 11:30:06 |
| 9 | know, a blessing over the new programming that | 11:30:09 |
| 10 | they added to the channel but never directly took | 11:30:14 |
| 11 | any action to -- to confirm that. | 11:30:17 |
| 12 | Q  Were you aware in 2013 that there was a | 11:30:19 |
| 13 | provision in the license agreement between | 11:30:25 |
| 14 | SiriusXM and the PGA Tour that required that | 11:30:29 |
| 15 | non-tournament programming that were -- that went | 11:30:36 |
| 16 | on that PGA Tour radio station had to be agreed | 11:30:42 |
| 17 | between both parties? | 11:30:46 |
| 18 | A  I am now aware that they have -- they have | 11:30:49 |
| 19 | the ability to approve the programs that are added | 11:30:52 |
| 20 | to the programming lineup. | 11:30:57 |
| 21 | Q  Were you aware in 2013 when you were | 11:30:59 |
| 22 | negotiating on behalf of Mr. Haney with SiriusXM | 11:31:04 |
| 23 | that the PGA Tour had some rights in that regard? | 11:31:08 |
| 24 | A  I assumed they did.  I -- no one expressly | 11:31:14 |
| 25 | told me they did. | 11:31:20 |

```
 1   channel.                                              11:43:24
 2       Q  Did you have any understanding as to           11:43:24
 3   whether or not the PGA Tour, though, had any          11:43:29
 4   concern regarding the content of programming          11:43:35
 5   insofar as how it would affect its brand?             11:43:41
 6       A  Only to the extent that Scott Greenstein,      11:43:46
 7   in a meeting in his office early in the               11:43:53
 8   relationship between SiriusXM and Hank Haney --       11:43:56
 9   between Mr. Greenstein, Mr. Haney, and myself --      11:43:59
10   said that -- Hank said -- well, the conversation     11:44:03
11   was approximately around why they were so excited    11:44:09
12   about having Hank on the channel and that Hank,      11:44:15
13   you know, is opinionated and that they loved that.   11:44:19
14   That's what works well.  SiriusXM loves that and    11:44:23
15   that reports well on PGA Tour -- or excuse me --    11:44:25
16   on the radio.                                        11:44:27
17          And Hank said, "Well, there's got to be a     11:44:28
18   line."  As I recall, not verbatim, "There must be   11:44:33
19   some line that you don't want me to cross."  And    11:44:40
20   Mr. Greenstein said, "Wherever you think that line  11:44:44
21   might be, my line is much, much farther than --     11:44:48
22   than that line.  You cannot cross the line as to   11:44:52
23   what the appropriate content is or is not on the   11:44:56
24   channel," as far as Scott was concerned.  And, you  11:45:00
25   know, the assumption would be that, one, he knew    11:45:04
```

| | | |
|---|---|---|
| 1 | that Mr. Haney would not say anything that would | 11:45:08 |
| 2 | come close to that line -- any perceived line or | 11:45:14 |
| 3 | the existence or lack thereof, and that he was not | 11:45:21 |
| 4 | worried about the potential repercussions of -- of | 11:45:26 |
| 5 | testing that line.  It was -- it was not a concern | 11:45:33 |
| 6 | to Mr. Greenstein as related to myself and Mr. | 11:45:37 |
| 7 | Haney that Mr. Haney could create the content that | 11:45:43 |
| 8 | would be a problem for Sirius. | 11:45:46 |
| 9 |     Q   Did you on behalf of Mr. Haney confirm | 11:45:48 |
| 10 | that with the PGA Tour? | 11:45:53 |
| 11 |     A   We had no reason to. | 11:45:57 |
| 12 |     Q   Why is that? | 11:46:01 |
| 13 |     A   Because Hank reported to Scott Greenstein | 11:46:03 |
| 14 | and the -- the pro- -- programming executives at | 11:46:16 |
| 15 | SiriusXM and certainly, you know, Mr. Haney would | 11:46:19 |
| 16 | not, you know -- Haney was -- Mr. Haney was not | 11:46:24 |
| 17 | posting a broadcast of a PGA Tour event or | 11:46:29 |
| 18 | property.  And the PGA Tour didn't take action to | 11:46:33 |
| 19 | end the career of Kelly Tilghman when she | 11:46:41 |
| 20 | suggested that Tiger Woods be hung -- or be | 11:46:42 |
| 21 | lynched -- excuse me -- during the live broadcast | 11:46:48 |
| 22 | of a PGA Tour event.  So it's happened -- | 11:46:51 |
| 23 |     Q   Where did -- | 11:46:52 |
| 24 |         MR. HAASE:  You're interrupting, Bill. | 11:46:54 |
| 25 | Make sure everybody's done. | 11:46:57 |

| | | |
|---|---|---|
| 1 | contracts, you know, from several days a week to | 12:06:01 |
| 2 | every day of the week to every week- -- every | 12:06:05 |
| 3 | weekday to every day of the week.  He -- he had | 12:06:10 |
| 4 | established the highest profile, most popular, | 12:06:14 |
| 5 | most lucrative show on their -- on that channel | 12:06:19 |
| 6 | and -- | 12:06:24 |
| 7 |    Q   Now -- | 12:06:25 |
| 8 |    A   -- it's thriving. | 12:06:25 |
| 9 |    Q   Setting aside May 29th forward -- I'm just | 12:06:28 |
| 10 | asking you up to that point in time -- while Mr. | 12:06:32 |
| 11 | -- Mr. Haney was airing his broadcast on PGA Tour | 12:06:39 |
| 12 | Radio, did the PGA Tour do anything to affect the | 12:06:44 |
| 13 | content of his programming, to your knowledge? | 12:06:48 |
| 14 |    A   Not that I'm aware of. | 12:06:52 |
| 15 |    Q   Did the PGA Tour during that time period | 12:06:56 |
| 16 | do anything to interfere with the ability of Mr. | 12:07:02 |
| 17 | Haney to air his program on PGA Tour Radio? | 12:07:07 |
| 18 |    A   Not that I'm aware of. | 12:07:10 |
| 19 |    Q   At any time during the term -- terms of -- | 12:07:15 |
| 20 | strike that.  Let's start over again. | 12:07:30 |
| 21 |    Did SXM, Sirius Radio, ever issue any kind | 12:07:33 |
| 22 | of written notice to Mr. Haney of his intent to | 12:07:40 |
| 23 | terminate the -- any of the three contracts that | 12:07:44 |
| 24 | we've identified as Exhibit 7, 8, and 9? | 12:07:51 |
| 25 |    A   No. | 12:07:56 |