**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **HANK HANEY** and **HANK HANEY MEDIA LLC**, | ) ) **Civil Action No**. 0:19-CV-63108-RAR |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **PGA TOUR, INC.**, | ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION FOR WITHDRAWAL OF WILLIAM E. DAVIS AS COUNSEL FOR DEFENDANT PGA TOUR, INC.

Foley & Lardner LLP, Counsel for Defendant PGA TOUR, INC. ("PGA TOUR"), respectfully moves the Court for an order allowing for the withdrawal of William E. Davis as counsel of record for PGA TOUR pursuant to Local Rule 11.1(d)(3), and states as follows:

1. As of June 1, 2021, William E. Davis will no longer be associated with the law firm of Foley & Lardner LLP, counsel of record for PGA TOUR in this matter.

2. Mr. Davis has no further involvement in this matter, and should be terminated from the docket and ECF notification as an attorney of record for PGA TOUR.

3. PGA TOUR will continue to be represented by Foley & Lardner LLP and attorneys Michael Gay, Angelica L. Novick and Kelly S. Milliron in this matter. Thus, no prejudice will result from the withdrawal of Mr. Davis as counsel for PGA TOUR.

WHEREFORE, PGA TOUR respectfully requests Mr. Davis be terminated as counsel of record for PGA TOUR and removed from ECF notification for this matter. A proposed Order is filed contemporaneously herewith for the Court's convenience.

## **LOCAL RULE 7.1(A) CERTIFICATE**

Pursuant to Local Rule 7.1(a), PGA TOUR certifies that undersigned counsel conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested in this motion.

Dated: May 28, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

By:  /s/ *Angelica L. Novick*

**Michael Gay** *(Admitted May 18, 2021 – CM/ECF Credentials pending)*
Florida Bar No. 0938191
mgay@foley.com
111 N. Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

**Angelica L. Novick**
Florida Bar No. 105069
anovick@foley.com
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131-1832
Telephone: (305) 482-8400
Facsimile: (305) 482-8600

**William E. Davis**
Florida Bar No. 191680
**Kelly S. Milliron**
Florida Bar No. 1018917
kmilliron@foley.com
1 Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904) 359-2000
Facsimile: (904) 359-8700

*Counsel for Defendant, PGA TOUR, Inc.*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF E-Filing portal, which will send a notice of electronic filing on all counsel of record via the e-mail addresses listed on the attached Service List.

                                                      /s/ *Angelica L. Novick*
                                                      Angelica L. Novick

SERVICE LIST

Hank Haney and Hank Haney Media, LLC v. PGA TOUR, Inc.
Case No. 0:19-cv-63108-rar

**Attorneys for Plaintiffs:**

**Riley W. Cirulnick**
Rice Pugatch Robinson & Schiller, P.A.
101 NE 3rd Avenue
Suite 1800
Fort Lauderdale, FL 33301
954-462-8000
Fax: 954-462-4300
rcirulnick@rprslaw.com

**Peter R. Ginsberg**
Michelman & Robinson, LLP
800 Third Avenue, 24th Floor
New York, NY 10022
(212) 730-7700
pginsberg@mrllp.com

**Arthur Halsey Rice**
Rice Pugatch Robinson & Schiller, P.A.
101 NE 3 Avenue
Suite 1800
Fort Lauderdale, FL 33301
305-379-3121
Fax: 305-379-4119
arice.ecf@rprslaw.com
arice@rprslaw.com

4824-4300-1835