# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-CV-63108-RAR

HANK HANEY and
HANK HANEY MEDIA, LLC,

      Plaintiffs,

  vs.

PGA TOUR, INC.,

      Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

| NO. | NAME AND ADDRESS | LIVE OR BY DEPOSITION |
|---|---|---|
| 1 | Jay Monahan<br>c/o Foley & Lardner LLP | LIVE |
| 2 | Laura Neal<br>c/o Foley & Lardner LLP | LIVE |
| 3 | Jonathan Orszag, Expert<br>c/o Foley & Lardner LLP | LIVE |
| 4 | Scott Greenstein | DEPOSITION |