UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-CV-63108-RAR

------------------------------------------------- X
 :
HANK HANEY and :
HANK HANEY MEDIA, LLC, :
 :
                          Plaintiffs, :
 :
       -against- :
 :
PGA TOUR, INC., :
 :
                          Defendant. :
------------------------------------------------- X

**PLAINTIFFS' MOTION TO FILE PORTIONS OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S OMNIBUS MOTION *IN LIMINE* AND EXHIBITS A, E, AND F THERETO UNDER SEAL**

Pursuant to Local Rule 5.4 and the Confidentiality Order entered by the Court on June 30, 2020 (Dkt. No. 37), Plaintiffs Hank Haney ("Haney") and Hank Haney Media, LLC ("HHM") (collectively, "Plaintiffs") hereby file this Motion for Leave to File Under Seal portions of Plaintiffs' Memorandum of Law in Opposition to Defendant's Omnibus Motion *In Limine* and Exhibits A, E, and F thereto.

Document productions in this case are marked "Confidential" and "Highly Confidential" pursuant to the Confidentiality Order. Plaintiffs submit this Motion under Local Rule 5.4 seeking to file the following items under seal:

(1) Designated portions of Plaintiffs' Memorandum of Law in Opposition to Defendant's Omnibus Motion *In Limine* (Deposition Transcript Excerpts and References to Confidential or Highly Confidential Documents)

(2) Exhibit A (Deposition Transcript Excerpts);

(3) Exhibit E (Deposition Transcript Excerpts)

(4) Exhibit F (Deposition Transcript Excerpts)

Plaintiffs are obligated to file portions of Plaintiffs' Memorandum of Law in Opposition to Defendant's Omnibus Motion *In Limine* and Exhibits A, E, and F thereto under seal.

## CONCLUSION

Plaintiffs respectfully request that the Court seal the designated portions of Plaintiffs' Memorandum of Law in Opposition to Defendant's Omnibus Motion *In Limine* and Exhibits A, E, and F thereto until the instant action has been resolved.

Dated:  New York, New York
       June 14, 2021

Respectfully submitted,

MICHELMAN & ROBINSON, LLP
By:  /s/  Peter R. Ginsberg
    Peter R. Ginsberg (*admitted pro hac vice*)
800 Third Avenue, 24th Floor
New York, New York 10022
Telephone:  (212) 730-7700
Facsimile:   (212) 730-7725
prginsberg@mrllp.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Hank Haney et al. v. PGA TOUR, Inc.
Case No. 0:19-cv-63108-RAR

I hereby certify that on June 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel listed on the attached Service List.

*/s/ Riley W. Cirulnick*
Riley W. Cirulnick

**SERVICE LIST**

Hank Haney et al. v. PGA TOUR, Inc.
Case No. 0:19-cv-63108-RAR

Angelica L. Novick
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Email: anovick@foley.com;

Michael Gay
FOLEY & LARDNER LLP
111 North Orange Avenue
Suite 1800
Orlando, FL 32801
Email: mgay@foley.com

Kelly S. Milliron
FOLEY & LARDNER LLP
1 Independent Drive
Suite 1300
Jacksonville, FL 32202
Email: kmilliron@foley.com