# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-63108-rar

**HANK HANEY** and
**HANK HANEY MEDIA, LLC**,

      Plaintiffs,

vs.

**PGA TOUR, INC.**,

      Defendant.

_____/

## PLAINTIFFS' EXHIBIT LIST

| PRESIDING JUDGE: RODOLFO A. RUIZ II | PLAINTIFFS' ATTORNEYS: Peter R. Ginsberg, Esq. Moskowitz & Book, LLP  Riley W. Cirulnick, Esq. Arthur Halsey Rice, Esq. Rice Pugatch Robinson & Schiller, P.A. | DEFENDANT'S ATTORNEYS: Michael Gay, Esq. Angelica L. Novick, Esq. Kelly S. Milliron, Esq. Foley & Lardner LLP |
|---|---|---|
| TRIAL DATE(S): August 16, 2021 | COURT REPORTER | COURTROOM DEPUTY Graciela Gomez |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS[1] | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
|  | | | **EXHIBITS EXPECTED TO OFFER** | | | | |
| P-1 | D-17 | | | | | Media binder [Haney Dep. Ex. 5 / Aisenberg Dep. Ex. 5] | |
| P-2 | D-1 | | | | | 12/2/2013, letter to Hank Haney Media, LLC (OCTAGON 00033-OCTAGON 00039 [Haney Dep. Ex. 7 / Aisenberg Dep. Ex. 7] | |
| P-3 | D-3 | | | | | 1/12/2016 – Agreement | |

---

[1] A–Authenticity; I–Contains inadmissible matter; R– Relevancy; H–Hearsay; UP–Unduly prejudicial-probative value outweighed by undue prejudice; P–Privileged; BE – Best Evidence.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | between Haney and SiriusXM (OCTAGON 00040-OCTAGON 00046) (HIGHLY CONFIDENTIAL) [Haney Dep. Ex. 8 / Aisenberg Dep. Ex. 8] | |
| P-4 | D-4 | | | | | 11/30/2017 – Agreement between Haney and SiriusXM [Haney Dep. Ex. 9 / Aisenberg Dep. Ex. 9] | |
| P-5 | D-11 | | | | | 5/31/2019 – Email chain between Hank Haney, Irving Azoff, Harry Arnett, Jerry Tarde, and Jeremy Aisenberg with Subject: Long stupid day (HANEY000026-HANEY000028) [Haney Dep. Ex. 12 / Aisenberg Dep. Ex. 12] | |
| P-6 | D-30 | | | | | 6/25/2019 – Email chain between Hank Haney and Charlie Stubbs with Subject: Hank Haney/VooDoo (HANEY000037-HANEY000039) [Haney Dep. Ex. 19 / Aisenberg Dep. Ex. 19] | |
| P-7 | D-35 | | | | | 7/8/2019 – Settlement Agreement between Haney and SXM (HANEY000069-HANEY000074) (CONFIDENTIAL) [Haney Dep. Ex. 22 / Aisenberg Dep. Ex. 22] | |
| P-8 | D-36 | | | | | 8/30/2019 – iHeart Term Sheet (iHM000001 – 6) [Haney Dep. Ex. 23 / Aisenberg Dep. Ex. 23] | |
| P-9 | D-38 | | | | | 11/6/2019 – Bank of America Deposit of $100k to Haney for iHeart (iHM000007) [Haney Dep. Ex. 24 / Aisenberg Dep. Ex. 24] | |
| P-10 | D-39 | | | | | 7/21/2020 –Letter from KaceyLane Lara (iHeart) to Hank Haney regarding | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Podcast Production and Distribution Agreement effective August 28, 2019 between iHeartMedia +Entertainment, Inc. and Hank Haney Media, LLC. for Option to produce an Additional Cycle [Haney Dep. Ex. 25 / Aisenberg Dep. Ex. 25] | |
| P-11 | D-15 | | | | | 1/17/2018 - 11/5/2019 - Ledger of Payments to Haney Media from Octagon throughout 2018 (HANEY000081-HANEY000083) (CONFIDENTIAL) [Haney Dep. Ex. 26 / Aisenberg Dep. Ex. 26] | |
| P-12 | | | | | | 5-29-2019 Email between Jeremy Aisenberg and Hank Haney with Subject FW: Hank (OCTAGON 00011) (CONFIDENTIAL) [Aisenberg Dep. Ex. 27] | |
| P-13 | | | | | | Twitter post regarding apology (OCTAGON 00019) (CONFIDENTIAL) [Aisenberg Dep. Ex. 28] | |
| P-14 | D-19 | | | | | 5/29/2019 – Email chain between Jeremy Aisenberg, Andrew Fitzpatrick, and Steve Cohen with Subject: RE: Hank (OCTAGON 00078) (CONFIDENTIAL) [Aisenberg Dep. Ex. 29] | |
| P-15 | | | H | | | 5/31/2019 – Email chain between Jerry Tarde and Irving Azoff with Subject Re: Subject: Long stupid day (OCTAGON 00005) (CONFIDENTIAL) [Aisenberg Dep. Ex. 30] | |
| P-16 | | | H; BE | | | 6/3/2019 – Email chain between Scott Greenstein and Irving Azoff with Subject Fw: Haney Live Reads (SIRIUSXM000001-5) (HIGHLY CONFIDENTIAL) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | [Aisenberg Dep. Ex. 33] | |
| P-17 | | | | H | | | 6/12/2019 – Email chain between Andrew Moss and Irving Azoff with Subject: Re: Hank (SIRIUSXM000006-7) (HIGHLY CONFIDENTIAL) [Aisenberg Dep. Ex. 34] | |
| P-18 | | | | H | | | 6/12/2019 – Email chain between Jeremy Aisenberg and Scott Greenstein, Andrew Moss with Subject Hank (OCTAGON 00060) (HIGHLY CONFIDENTIAL) [Aisenberg Dep. Ex. 37] | |
| P-19 | | | | H; UP | | | VooDoo Labs Document (HANEY000262 – 264) [Aisenberg Dep. Ex. 40] | |
| P-20 | | | | H | | | Sentiment Analysis [Aisenberg Dep. Ex. 41] | |
| P-21 | D-40 | | | | | | Voodoo Lab, LLC Sales [Aisenberg Dep. Ex. 42] | |
| P-22 | | | | H | | | 5/30/2019 – Email chain between Scott Greenstein and Irving Azoff with Subject Fwd: Haney statement [Azoff Dep. Ex. 1] | |
| P-23 | D-27 | | | | | | 5/30/2019 – Email chain between Scott Greenstein and Irving Azoff with Subject: Fwd: PGA Tour approved: Joint SiriusXM/PGA Tour statement & Haney apology [Azoff Dep. Ex. 2] | |
| P-24 | | | | H; UP | | | 5/30/2019 & 5/31/2019 – Email chain between Scott Greenstein and Irving Azoff with Subject Re: Re: Tiger Woods comments on Haney suspension [Azoff Dep. Ex. 4] | |
| P-25 | | | | H | | | 6/12/2019 – Email between Jeremy Aisenberg and Andrew Moss with Subject Re: Hank [Azoff Dep. Ex. 8] | |

4846-3463-9600

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P-26 | | | | H | | | 5/30/2019 – Email between Scott Greenstein and Andrew Fitzpatrick with Subject Re: Haney Statement [Azoff Dep. Ex. 13] | |
| P-27 | | | | H | | | 5/31/19 - Email between Jeremy Aisenberg and Scott Greenstein with Subject Re: Long stupid day [Greenstein Dep. Ex. 2] | |
| P-28 | | | | H | | | 2/12/2021 Azoff Testimony Transcript (CONFIDENTIAL) [Greenstein Dep. Ex. 5] | |
| P-29 | | | | | | | 1/14/2015 License Agreement between Sirius XM Radio and PGA Tour (CONFIDENTIAL) [Greenstein Dep. Ex. 2] | |
| P-30 | D-5 | | | | | | 2/15/2018 - License Agreement between PGA TOUR and SXM (2018 - 2021) (PGATOUR-000101-000118) (CONFIDENTIAL) [Monahan Dep. Ex. 6 / Greenstein Dep. Ex. 6] | |
| P-31 | D-6 | | | | | | 5/29/2019 – Tweet by Hank Haney [Monahan Dep. Ex. 10 / Neal Dep. Ex. 10 / Greenstein Dep. Ex. 10] | |
| P-32 | | | | R | | | Twitter conversation between Chapman and Kisner [Greenstein Dep. Ex. 24] | |
| P-33 | | | | H | | | 5/29/19 Email from Logue to Neal, Subject: XM/Hank Haney comments on Asians, (PGATOUR-0002389-0002392) [Greenstein Dep. Ex. 28] | |
| P-34 | | | | | | | 5/30/19 Email from Anderson to Neal, Subject: Re: Hank Clip (PGATOUR-0002700-2702) (CONFIDENTIAL) [Greenstein Dep. Ex. 33] | |
| P-35 | | | | R | | | 11/30/20 – Plaintiff's Notice of Deposition of Jay | |

4846-3463-9600

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Monahan [Monahan Dep. Ex. 1] | |
| P-36 | D-2 | | | | | | 1/14/2015 - License Agreement between Sirius XM Radio Inc. and PGA Tour, Inc. (2015-2017) (PGATOUR-000079-94) (CONFIDENTIAL) [Monahan Dep. Ex. 2 / Neal Dep. Ex. 2] | |
| P-37 | D-29 | | | | | | 6/2/2019 – Email chain between Jay Monahan and Mike Whan with Subject: Re: Tweet by Hank Haney on Twitter (PGATOUR-0002338) [Monahan Dep. Ex. 9] | |
| P-38 | D-21 | | | | | | 5/30/2019 – Email chain between Jay Monahan, Laura Neal, Ron Price, Allison Keller, Norb Gambuzza, and Rick Anderson with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002397-2399) (CONFIDENTIAL) [Monahan Dep. Ex. 13 / Neal Dep. Ex. 13] | |
| P-39 | D-22 | | | | | | 5/30/2019 – Email chain between Jay Monahan, Rick Anderson, Allison Keller, Laura Neal, Ron Price, Norb Gambuzza and Luis Goicouria with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002443-2446) (CONFIDENTIAL) [Monahan Dep. Ex. 17] | |
| P-40 | | | | | | | 5/21/20 - Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories [Monahan Dep. Ex. 54] | |
| P-41 | | | | H | | | 1/2/2020 Email chain between Jeremy Aisenberg and Hank Haney with Subject Re: Fwd: Notes: CONFIDENTIAL regarding | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Golf Club America Email (HANEY000020-21) [Monahan Dep. Ex. 58] | |
| P-42 | D-16 | | | | | | 3/8/2018 – Email between John Ourand and Andrew Fitzpatrick with Subject: RE: upcoming SXM-PGA Tour announcement [Neal Dep. Ex. 7] | |
| P-43 | | | | | | | 5/30/2019 – Email chain between Rick Anderson and Jay Monahan, Laura Neal, Ron Price, Allison Keller, Norb Gambuzza, and Luis Goicouria with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002423-26) (CONFIDENTIAL) [Neal Dep. Ex. 14] | |
| P-44 | | | | R | | | 9/12/2020 Pgatour.com article: *Kisner apologizes for insensitive remark* (PGATOUR-0002707-09) [Neal Dep. Ex. 25 / Monahan Dep. Ex. 25 / Greenstein Dep. Ex. 25] | |
| P-45 | | | | R | | | 1/11/2008 The Virginian-Pilot article: *Was what Kelly Tilghman said about Tiger Woods racist? What's YOUR opinion?* [Neal Dep. Ex. 26] | |
| P-46 | | | | | | | 5/29/2019 Email between David Logue and Laura Neal with Subject RE: XM/Hank Haney comments on Asians (PGATOUR-0002389-92) [Neal Dep. Ex. 28 / Monahan Dep. Ex. 28] | |
| P-47 | | | | | | | 5/30/2019 – Email chain between Joel Schuchmann, Beth Major, Janeen Driscoll, and Craig Annis with Subject: FW: USGA (PGATOUR-0002481-2485) [Neal Dep. Ex. 29 Monahan Dep. Ex. 29] | |
| P-48 | | | | H | | | 5/29/2019 Email between Jeremy Davis and Jon | |

Page 7 of 12

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Albanese with Subject Hank's Comments Today (HANEY000010) [Neal Dep. Ex. 31 / Greenstein Dep. Ex. 31] | |
| P-49 | | | | H | | | Plaintiff's Amended Expert Disclosure [McGee Dep. Ex. 43] | |
| P-50 | | | | H | | | Sentiment analysis of Hank Haney (HANEY0000282) (HIGHLY CONFIDENTIAL) | |
| P-51 | | | | H | | | Relative Negative Sentiment Analysis Hank Haney, Justin Thomas and Jay Monahan | |