# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-63108-rar

**HANK HANEY** and
**HANK HANEY MEDIA, LLC**,

      Plaintiffs,

vs.

**PGA TOUR, INC.**,

      Defendant.
_____/

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE: RODOLFO A. RUIZ II | PLAINTIFF'S ATTORNEYS: Peter R. Ginsberg, Esq. Michelman & Robinson, LLP  Riley W. Cirulnick, Esq. Arthur Halsey Rice, Esq. Rice Pugatch Robinson & Schiller, P.A. | DEFENDANT'S ATTORNEYS: Michael Gay, Esq. Angelica L. Novick, Esq. Kelly S. Milliron, Esq. Foley & Lardner LLP |
|---|---|---|
| TRIAL DATE(S): July 6, 2021 – July 15, 2021 | COURT REPORTER | COURTROOM DEPUTY Graciela Gomez |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS[1] | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| **EXHIBITS EXPECTED TO OFFER** |
|  | D-1 |  |  |  |  | 12/2/2013 – Agreement between Haney and SiriusXM (OCTAGON 00033-OCTAGON 00039) (HIGHLY CONFIDENTIAL) [Haney Dep. Ex. 7] |  |

---

[1] "A"–Authenticity; "I"–Contains inadmissible matter (mentions insurance, prior conviction, etc.); "R"– Relevancy; "H"–Hearsay' "UP"–Unduly prejudicial-probative value outweighed by undue prejudice; "P"–Privileged.

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-2 | | | | | 1/14/2015 - License Agreement between Sirius XM Radio Inc. and PGA Tour, Inc. (2015-2017) (PGATOUR-000079-94) (CONFIDENTIAL) [Monahan Dep. Ex. 2/Neal Dep. Ex. 2] | |
| | D-3 | | | | | 1/12/2016 – Agreement between Haney and SiriusXM (OCTAGON 00040-OCTAGON 00046) (HIGHLY CONFIDENTIAL) [Haney Dep. Ex. 8] | |
| | D-4 | | | | | 11/30/2017 – Agreement between Haney and SiriusXM [Haney Dep. Ex. 9] | |
| | D-5 | | | | | 2/15/2018 - License Agreement between PGA TOUR and SXM (2018 -2021) (PGATOUR-000101-000118) [Monahan Dep. Ex. 6/Greenstein Dep. Ex. 6] | |
| | D-6 | | | | | 5/29/2019 – Tweet by Hank Haney [Monahan Dep. Ex. 10/Neal Dep. Ex. 10/Greenstein Dep. Ex. 10] | |
| | D-7 | | H | | | 5/29/2019 – Article titled, "Opinion: If Hank Haney isn't fired from his radio job, golf's leaders are condoning racism", sexism by Christine Brennan [Haney Dep. Ex. 6] | |

4816-3078-1676.4

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-8 | | Subject to Completeness<br><br>H | | | 5/29/2019 – Email chain between Laura Neal, Jay Monahan, Ron Price, Allison Keller, Norb Gambuzza, Rick Anderson, David Logue, Greg Hopfe, Joel Schuchmann, Kirsten Sabia and Dave Cordero with Subject: Hank Haney comments on Asians (PGATOUR-000004) [Monahan Dep. Ex. 11/Neal Dep. Ex. 11] | |
| | D-9 | | Subject to Completeness<br><br>R | | | 5/29/2019 – Email from Hank Haney to lsuwhodat@aol.com with Subject: Hank Haney (HANEY000025) [Haney Dep. Ex. 11] | |
| | D-10 | | Subject to Completeness<br><br>H | | | 5/30/2019 – Email chain between Irving Azoff, Hank Haney and Jeremy Aisenberg with Subject: Long stupid day (HANEY000005) [Haney Dep. Ex. 10] | |
| | D-11 | | Subject to Completeness<br><br>H | | | 5/31/2019 – Email chain between Hank Haney, Irving Azoff, Harry Arnett, Jerry Tarde, and Jeremy Aisenberg with Subject: Long stupid day (HANEY000026-HANEY000028) [Haney Dep. Ex. 12] | |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-12 | | Subject to Completeness<br><br>H | | | 5/31/2019 – Email chain between Jeremy Aisenberg and Irving Azoff with Subject: Long stupid day (OCTAGON 00074-75) (CONFIDENTIAL) [Aisenberg Dep. Ex. 32] | |
| | D-13 | | Subject to Completeness<br><br>H<br><br>R | | | 6/1/2019 – Email chain between Hank Haney and Hannah Hempstead with Subject: This too shall pass (HANEY000029) [Haney Dep. Ex. 13] | |
| | D-14 | | Subject to Completeness<br><br>H<br><br>R | | | 6/4/2019 – Email chain between Hank Haney and Rich Bressler with Subject: Hank Haney (HANEY000031) [Haney Dep. Ex. 15] | |
|  | **EXHIBITS TO BE OFFERED IF THE NEED ARISES** |
| | D-15 | | | | | 1/17/2018 - 11/5/2019 - Ledger of Payments to Haney Media from Octagon throughout 2018 (HANEY000081-HANEY000083) (CONFIDENTIAL) [Haney Dep. Ex. 26/Orszag Dep. Ex. 5] | |
| | D-16 | | Subject to Completeness<br><br>H | | | 3/8/2018 – Email between John Ourand and Andrew Fitzpatrick with Subject: RE: upcoming SXM-PGA Tour announcement [Neal Dep. Ex. 7] | |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
|  | D-17 |  | Subject to Completeness<br><br>H<br><br>R |  |  | 5/29/2019 – **Composite**: Articles related to Haney comment [Haney Dep. Ex. 5] |  |
|  | D-18 |  | Subject to Completeness<br><br>H |  |  | 5/29/2019 – Email chain between David Logue, Laura Neal, Jay Monahan, R. Price, A. Keller, N. Gambuzza, Rick Anderson, Greg Hopfe, Kirsten Sabia, Joel Schuchmann, and Dave Cordero with Subject: RE: XM/Hank Haney comments on Asians (PGATOUR-0002385-2388) [Monahan Dep. Ex. 12] |  |
|  | D-19 |  | Subject to Completeness<br><br>H<br><br>R |  |  | 5/29/2019 – Email chain between Jeremy Aisenberg, Andrew Fitzpatrick, and Steve Cohen with Subject: RE: Hank (OCTAGON 00078) (CONFIDENTIAL) [Aisenberg Dep. Ex. 29] |  |
|  | D-20 |  | Subject to Completeness<br><br>H<br><br>R |  |  | 5/30/2019 – Email chain between Allison Keller, Laura Neal, Rick Anderson, Jay Monahan, Ron Price, Norb Gambuzza, and Luis Goicouria with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002431-2434) (CONFIDENTIAL) [Neal Dep. Ex. 15] |  |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-21 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Jay Monahan, Laura Neal, Ron Price, Allison Keller, Norb Gambuzza, and Rick Anderson with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002397-2399) (CONFIDENTIAL) [Monahan Dep. Ex. 13/Neal Dep. Ex. 13] | |
| | D-22 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Jay Monahan, Rick Anderson, Allison Keller, Laura Neal, Ron Price, Norb Gambuzza and Luis Goicouria with Subject: Re: XM/Hank Haney comments on Asians (PGATOUR-0002443-2446) (CONFIDENTIAL) [Monahan Dep. Ex. 17] | |
| | D-23 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Joel Schuchmann, Beth Major, Janeen Driscoll, and Craig Annis with Subject: FW: USGA (PGATOUR-0002481-2485) [Neal Dep. Ex. 29] | |
| | D-24 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Laura Neal and Andrew Fitzpatrick with Subject: Hank Haney - comms follow-up (PGATOUR-000045) [Neal Dep. Ex. 19] | |

4816-3078-1676.4

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-25 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Laura Neal, Andrew Fitzpatrick, Patrick Reilly, Steve Cohen, Luis Goicouria, Joel Schuchmann and Andrew Moss with Subject: Re: Hank Haney - comms follow – up (PGATOUR-000069) [Monahan Dep. Ex. 41] | |
| | D-26 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Rick Anderson and Laura Neal with Subject RE: Hank Clip (PGATOUR-0002462-2464) [Monahan Dep. Ex. 32/Neal Dep. Ex. 32] | |
| | D-27 | | Subject to Completeness<br><br>H<br><br>R | | | 5/30/2019 – Email chain between Scott Greenstein and Irving Azoff with Subject: Fwd: PGA Tour approved: Joint SiriusXM/PGA Tour statement & Haney apology [Azoff Dep. Ex. 2] | |
| | D-28 | | Subject to Completeness<br><br>H<br><br>R | | | 6/14/2019 – Email chain between Andrew Moss, Jeremy Aisenberg with Subject: RE: Haney (SIRIUSXM000010-12) (HIGHLY CONFIDENTIAL) [Aisenberg Dep. Ex. 38] | |
| | D-29 | | Subject to Completeness<br><br>H<br><br>R | | | 6/2/2019 – Email chain between Jay Monahan and Mike Whan with Subject: Re: Tweet by Hank Haney on Twitter (PGATOUR-0002338) [Monahan Dep. Ex. 9] | |

4816-3078-1676.4

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-30 | | Subject to Completeness<br><br>H<br><br>R | | | 6/25/2019 – Email chain between Hank Haney and Charlie Stubbs with Subject: Hank Haney/VooDoo (HANEY000037-HANEY000039) [Haney Dep. Ex. 19] | |
| | D-31 | | Subject to Completeness<br><br>H<br><br>R | | | 6/6/2019 – Email chain between Hank Haney and Chris Wingert with Subject: Hank Haney (HANEY000034) [Haney Dep. Ex. 18] | |
| | D-32 | | Subject to Completeness<br><br>H<br><br>R | | | 6/6/2019 – Email chain between Hank Haney and Eddie Thornburg with Subject: Canceled my subscription to SiriusXM in protest tour program suspension (HANEY000032) [Haney Dep. Ex. 16] | |
| | D-33 | | Subject to Completeness | | | 6/6/2019 – Email chain between Hank Haney and Mark Yogan with Subject: PGA Radio (HANEY000033) [Haney Dep. Ex. 17] | |
| | D-34 | | Subject to Completeness | | | 7/2/2019 – Email chain between Hank Haney and Nick Eiselstein with Subject: Hank Haney (HANEY000040) [Haney Dep. Ex. 20] | |
| | D-35 | | | | | 7/8/2019 – Settlement Agreement between Haney and SXM (HANEY000069-HANEY000074) (CONFIDENTIAL) [Haney Dep. Ex. 22] | |
| | D-36 | | | | | 8/30/2019 – iHeart Term Sheet (iHM000001 – 6) | |

4816-3078-1676.4

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | | | | | | [Haney Dep. Ex. 23] | |
| | D-37 | | Subject to Completeness  H  R | | | 9/17/2019 – Email chain between Hank Haney and Dom Furore (HANEY000054) [Haney Dep. Ex. 21] | |
| | D-38 | | | | | 11/6/2019 – Bank of America Deposit of $100k to Haney for iHeart (iHM000007) [Haney Dep. Ex. 24] | |
| | D-39 | | | | | 7/21/2020 –Letter from KaceyLane Lara (iHeart) to Hank Haney regarding Podcast Production and Distribution Agreement effective August 28, 2019 between iHeartMedia +Entertainment, Inc. and Hank Haney Media, LLC. for Option to produce an Additional Cycle [Haney Dep. Ex. 25] | |
| | D-40 | | | | | VooDoo Labs Document (HANEY000262 – 264) [Aisenberg Dep. Ex. 42] | |
| | D-41 | | H | | | 3/19/2021 – Expert Report of Jonathon Orszag (HIGHLY CONFIDENTIAL) [Orszag Dep. Ex. 1] | |
| | D-42 | | | | | Plaintiffs' Responses and Objections to Defendant PGA Tour, Inc.'s First Set of Interrogatories to Plaintiffs [Haney Dep. Ex. 4] | |
| | D-43 | | | | | Large document of | |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | | | | | | payments made to Haney (HANEY000084 – 261) | |
| | D-44 | | | | | Amendment 1 to Callaway Agreement (HANEY000066–68) | |
| | D-45 | | | | | Email from W. Pearson to Haney re deal points for iHeart arrangement (iHM000025-27) | |
| | D-46 | | | | | Club Champion Partnership Handout (iHM000467) | |
| | D-47 | | R<br><br>H<br><br>A | | | Document entitled "Haney Settlement Notes" (HANEY000281) | |
| | D-48 | | R<br><br>H<br><br>A | | | 5/29/2019 – Mark Schlabach, "Haney apologizes for offensive LPGA comments," *ESPN* | |
| | D-49 | | R<br><br>H<br><br>A | | | 5/29/2019 – Max Marcovitch, "Hank Haney apologizes for comments he deemed 'insensitive'," *Golf Magazine*, May 29, 2019 | |
| | D-50 | | Subject to completeness R<br><br>H<br><br>A | | | Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, Eleventh Edition, McGraw Hill/Irwin (2014) | |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-51 | | Subject to Completeness  H  R  A | | | 12/19/2019 – Email chain between Lou Bottino, Gregg Paradies, Dick Dickson and Don Marek with Subject: Re: PGA TOUR SHOPS named in suit (PARADIES0029-31) (CONFIDENTIAL) | |
| | D-52 | | | | | Video of Haney Apology | |
| | D-53 | | | | | **DEMONSTRATIVE**: 5/29/2019 – Recording and/or transcription of comment made by H. Haney related to the U.S. Women's Open on Haney's SiriusXM PGA Tour Radio, with Steve Johnson during predictions segment | |
| | D-54 | | Subject to Completeness  R | | | **DEMONSTRATIVE**: 5/29/2019 – Tweet by Hank Haney [Monahan Dep. Ex. 10] | |
| | D-55 | | R  H  A | | | **DEMONSTRATIVE**: 5/29/2019 –Articles related to Haney comment [Haney Dep. Ex. 5] | |

4816-3078-1676.4

| PLF NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| | D-56 | | R<br><br>H<br><br>A | | | **DEMONSTRATIVE**: 5/29/2019 – Article titled, "Opinion: If Hank Haney isn't fired from his radio job, golf's leaders are condoning racism", sexism by Christine Brennan [Haney Dep. Ex. 6] | |
| | D-57 | | Subject to Completeness<br><br>UP | | | **DEMONSTRATIVE**: 5/31/2019 – Email chain between Jeremy Aisenberg and Scott Greenstein (OCTAGON 00006) (CONFIDENTIAL) [Aisenberg Dep. Ex. 31] | |