# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-CV-63108-RAR

HANK HANEY and
HANK HANEY MEDIA, LLC,

    Plaintiffs,

vs.

PGA TOUR, INC.,

    Defendant.
_____/

## PLAINTIFFS' WITNESS LIST/CASE-IN-CHIEF

| NO. | NAME AND ADDRESS | LIVE OR BY DEPOSITION |
|---|---|---|
| 1. | HANK HANEY | LIVE |
| 2. | JEREMY AISENBERG | LIVE |
| 3. | JAY MONAHAN | LIVE |
| 4. | SCOTT GREENSTEIN | LIVE/DEPOSITION |
| 5. | IRVING AZOFF | LIVE/DEPOSITION |
| 6. | MIKE WHAN | LIVE |
| 7. | JEREMY DAVIS | LIVE |
| 8. | CUSTODIAN OF RECORDS/GOLF & TENNIS PRO SHOP, INC. dba PGA TOUR SUPERSTORE | LIVE |
| 9. | CUSTODIAN OF RECORDS/THE PARADIES SHOPS, LLC dba PGA TOUR SHOPS | LIVE |
| 10. | CUSTODIAN OF RECORDS/LPGA | LIVE |
| 11. | PATRICK MCGEE | LIVE |
|  | WITNESSES IDENTIFIED ON DEFENDAN'S WITNESS LIST | LIVE/DEPOSITION |