UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-CV-63108-RAR

HANK HANEY and
HANK HANEY MEDIA, LLC,

      Plaintiffs,

vs.

PGA TOUR, INC.,

      Defendant.

_____

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE COURT'S SECOND AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. Rule 16(b)(4) and Local Rule 7.1 of the United States District Court for the Southern District of Florida, Plaintiffs Hank Haney and Hank Haney Media, LLC (the "Plaintiffs"), by and through their undersigned counsel, file this unopposed motion to modify the Court's Second Amended Scheduling Order (the "Motion").[1]  In support of this Motion, Plaintiffs state as follows:

1. On or about February 25, 2020, the Court entered the original Scheduling Order. Subsequently, on or about October 21, 2020, the Court granted Plaintiffs' Unopposed Motion to Modify the Court's Scheduling Order (the "Amended Scheduling Order"), and modified, among other dates, the original trial date.

2. On or about January 4, 2021, the Court granted the Parties' Joint Motion to Modify the Court's Amended Scheduling Order and modified all deadlines except for the mediation deadline (the "Second Amended Scheduling Order").

---

[1] Collectively, with Defendant, PGA TOUR, Inc. (hereinafter, "PGA TOUR"), Plaintiffs and Defendant will be referred to as the "Parties."

3. On or about February 1, 2021, the Court granted the Parties' Joint Motion to Modify the Court's Second Amended Scheduling Order and modified only the Parties' mediation deadline.

4. On or about March 25, 2021, the Court granted the Parties' Joint Motion to Modify the Court's Second Amended Scheduling Order, and modified, among other dates, the deadlines to submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as well as all motions *in limine*.

5. On or about April 29, 2021, the Court granted the Plaintiffs' Unopposed Motion to Modify the Court's Second Amended Scheduling Order, and modified, among other dates, the deadlines to submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as well as all motions *in limine*.

6. On or about June 1, 2021, the Court granted the Plaintiffs' Unopposed Motion to Modify the Court's Second Amended Scheduling Order, and modified, among other dates, the deadlines to submit a joint pre-trial stipulation to July 9, 2021, set a jury trial to 8/16/2021, and set a calendar call to 8/10/2021.

7. The Parties submitted the joint pre-trial stipulation on July 9, 2021.

8. Good cause supports further modification of the Second Amended Scheduling Order. Plaintiffs' counsel has a medical issue that involves surgery scheduled for August 3, followed by 4 – 6 weeks of rehabilitation. As a result, Plaintiffs' counsel will be unavailable for the Calendar Call on August 10, 2021, at 11:00 A.M. and the Jury Trial on August 16, 2021. That attorney is Plaintiffs' lead counsel, and, as such, has a pivotal role in pre-trial issues and in the trial itself.

9. Under Federal Rule of Civil Procedure 16, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause exists when the

deadline could not 'be met despite the diligence of the party seeking the extension.'" *Watkins v. Bigwood*, No. 18-CV-63035, 2020 WL 4922359, at *2 (S.D. Fla. Aug. 21, 2020) (quoting Fed. R. Civ. P. 16 advisory committee note); *Amerisure Mutual Insurance Company v. American Cutting & Drilling Co., Inc.*, No. 08-60967-Civ-Cohn, 2009 WL 10668314, at *1 - 2 (S.D. Fla. Jan. 26, 2009).

10.     Because of the issues outlined above, Plaintiffs request, and Defendant does not oppose, moving the calendar call date and trial date until on or after November 1, 2021.

11.     As good cause supports the relief requested in this Motion, Plaintiffs respectfully request the modification of the Court's June 1, 2021 Order as described above.

12.     Defendant does not oppose Plaintiffs seeking the relief requested above.

## Conclusion

Plaintiffs respectfully request this Court to grant the Unopposed Motion to Modify the Court's June 1, 2021 Order.

Dated: July 21, 2021

Respectfully submitted,

RICE PUGATCH ROBINSON STORFER &
COHEN PLLC
By: /s/ *Arthur H. Rice*
    Arthur H. Rice
    Riley W. Cirulnick
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300
arice@rprslaw.com
rcirulnick@rprslaw.com


MOSKOWITZ & BOOK LLP
By: /s/ *Peter R. Ginsberg*
    Peter R. Ginsberg (*admitted pro hac vice*)
345 Seventh Avenue, 21st Floor
New York, NY 10001
Telephone: (212) 221-7999
Email: pginsberg@mb-llp.com


*Attorneys for Plaintiffs*