**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-63108-RAR**

**HANK HANEY** and **HANK HANEY MEDIA, LLC**,

    Plaintiffs,

v.

**PGA TOUR, INC.**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO BIFURCATE**

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion to Bifurcate Attorneys' Fees Proceedings ("Motion") [ECF No. 123].  After careful consideration of the Motion and the record in this action, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's Motion [ECF No. 123] is **GRANTED**.

2.    Defendant shall file a motion regarding its entitlement to attorney's fees no later than **October 18, 2021**.

3.    Plaintiffs shall respond within the time permitted by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of September, 2021.

                                                             **RODOLFO A. RUIZ II**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record