UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **HANK HANEY** and **HANK HANEY MEDIA LLC**, | ) ) |
| Plaintiffs, | ) Civil Action No. 0:19-CV-63108-RAR ) ) ) |
| vs. | ) ) |
| **PGA TOUR, INC.**, | ) ) |
| Defendant. | ) ) ) |

### PGA TOUR, INC'S NOTICE OF WITHDRAWAL OF ATTORNEYS' FEES CLAIM

PGA TOUR, Inc. ("PGA TOUR"), by and through its undersigned counsel, hereby gives notice that PGA TOUR and Plaintiffs Hank Haney and Hank Haney Media, LLC ("Plaintiffs") have resolved all issues between them in this lawsuit, and thus, PGA TOUR hereby withdraws any claim to attorneys' fees and/or costs that PGA TOUR has or may have against Plaintiffs arising from this lawsuit, with prejudice.

Dated: December 10, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

By:   /s/ *Michael Gay*
**Michael Gay** (FBN 0938191)
mgay@foley.com
301 East Pine Street, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

**Kelly S. Milliron** (FBN 1018917)
kmilliron@foley.com
1 Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904) 359-2000
Facsimile: (904) 359-8700

*Counsel for Defendant, PGA TOUR, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF E-Filing portal, which will send a notice of electronic filing on all counsel of record via the e-mail addresses listed on the attached Service List.

/s/ *Michael Gay*
Michael Gay

SERVICE LIST

Hank Haney and Hank Haney Media, LLC v. PGA TOUR, Inc.
Case No. 0:19-cv-63108-rar

**Attorneys for Plaintiffs:**

**Riley W. Cirulnick**
Rice Pugatch Robinson & Schiller, P.A.
101 NE 3rd Avenue
Suite 1800
Fort Lauderdale, FL 33301
954-462-8000
Fax: 954-462-4300
rcirulnick@rprslaw.com

**Peter R. Ginsberg**
Michelman & Robinson, LLP
800 Third Avenue, 24th Floor
New York, NY 10022
(212) 730-7700
pginsberg@mrllp.com

**Arthur Halsey Rice**
Rice Pugatch Robinson & Schiller, P.A.
101 NE 3 Avenue
Suite 1800
Fort Lauderdale, FL 33301
305-379-3121
Fax: 305-379-4119
arice.ecf@rprslaw.com
arice@rprslaw.com